JUL 24 2023 PM1:39
FILED-USDC-CT-NEW HAVEN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**
**PURSUANT TO 28 U.S.C. §1915**

Theodora F. Antar
_____,
Plaintiff(s),

v.                                           Case No. _____

Matthew J. Lodice
_____,
Defendant(s)

 

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. §1915. In support of my request, I submit the attached financial affidavit and state that:

(1)     I am unable to pay such fees, costs, or give security therefor.
(2)     I am entitled to commence this action against the defendant(s).
(3)     I request that the Court direct the United States Marshal's Service to serve process in this matter.

*Theodora Antar*
_____
Original Signature

Theodora Antar
_____
Name (print or type)

856 Shagbark Drive
_____
Street Address

| Orange | CT | 06477 |
|--------|-------|----------|
| City | State | Zip Code |

203-273-8419
_____
Telephone Number

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. §1915

Theodora F. Antar
_____,
Plaintiff(s),

v.                                             Case No. ----------------------------

Matthew J. Lodice
_____,
Defendant(s).


I declare that:

    (1)    I am unable to pay such fees, costs, or give security therefor.

    (2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

## MARITAL STATUS
Single _____ Married _____ Separated _____ Divorced X
If separated or divorced, are you paying any support? Yes X No _____
Dependents: Spouse _____ Children # 2 Others # _____
Describe any others you support: _____
How many children **under the age of 18** do you support financially? 2

## RESIDENCE
Street Address: 856 Shagbark Drive
City: Orange                              State: CT
Zip Code: 06477                    Telephone: 203-273-8419

## EDUCATION
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8   High School   9 10 11 12
College   1 2 3 4   Post-Graduate   ①2 3 4

2

**INCOME**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long have you worked for this employer? _____
Gross weekly income before taxes or other deductions: _____

If <u>self-employed</u> state gross weekly income before taxes and deductions: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since (DATE): March/April 2023 _____
The name of my last employer: _____ self formerly _____
Address: _____ Telephone #: ( )_____
Last gross weekly income received : ____450_____

If <u>spouse</u> is employed, please complete the following:
Name of employer:_____
How long employed: _____
Gross weekly income before taxes or other deductions: _____
What is the nature of spouse's employment? _____

If receiving <u>government cash benefits (such as SAGA or AFDC)</u>, complete the following:
I have been receiving these benefits since: _____
I am receiving $_____ per month for myself and the following family
members _____.

If receiving <u>social security</u>, <u>disability</u>, <u>workers' compensation</u> or <u>unemployment</u> benefits,
complete the following:
I have been receiving (TYPE) _____ benefits since (DATE) _____.
I am receiving $_____ per month.

Do you receive <u>any other income</u>, of any kind?     Yes _x___   No ____
If yes, how much? $_147_____ per _week_____ (week, month, or year)
What is the source of this income? _____
_____

**ASSETS**
Do you own any real property, such as land or a house?  Yes _____   No _x___
If yes, what kind of property is it?_____
Property Address: _____
Whose name is the property in? _____
Estimated value:_____

Amount owed: _____ Owed to: _____
Total: _____ Monthly payment _____
Annual income from rental or other use of property: _____

<u>Other property:</u>
Automobile:  Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____    Amount Owed: _____

Do you own any other valuable property, such as boats, motorcycles, or machinery?
If yes, please describe the property and provide its estimated value:

_____
_____
_____

<u>Cash on hand:</u>
Balance in savings, money market, and similar accounts: 100 _____
Balance in checking accounts: 200 _____

<u>Stocks, bonds, mutual funds or other investments owned:</u>
Total value of investments: _____
Describe the nature of the investments: _____

**OBLIGATIONS:**
| | |
|---|---|
| Monthly rental on house or apartment: | $ _____ |
| Monthly mortgage payment on house: | $ 1650 |
| Gas/heating oil bill per month: | $ 250 |
| Electric bill per month: | $ 405 |
| Phone bill per month: | $ 100 |
| Car payments per month: | $ _____ |
| Car insurance payments per month: | $ 247 |
| Other types of insurance payments per month | $ _____ |
| Monthly payments on outstanding debts: | $ 800 |
| Please list: american express | $ _____ |
| Please list: chase | $ _____ |
| Please list: wells fargo | $ _____ |
| Please list: _____ | $ _____ |
| Alimony or child support payments: | $ 333.67 |
| Estimated monthly expenditure on food: | $ 850 |
| Estimated monthly expenditure on clothing: | $ 20 |
| Other necessary expenditures: | |
| medication | $ 200 |
| **Total amount of monthly obligations:** | $ 4855.67 |

4

Do you owe any money other than mortgage or auto loans?
List the amount of each debt below, and to whom it is owed.

Debt owed to: _____ $_____

Debt owed to: _____ $_____

Debt owed to: _____ $_____


Other information pertinent to financial status:

I am currently a law student and am unable to work and am struggling to pay bills. _____

_____

_____


## PREVIOUS LITIGATION:

If you have ever filed a case in federal court, provide the following information for each case you have filed. **All prior cases must be listed.** If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |


## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 07/24/2023 _____          *Theodora Antar* _____

**Original Signature of Affiant**


(Rev. 9-17-20)