UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Theodora F. Antar , Plaintiff

V.

Matthew J. Lodice , Defendant

Case No. _____
[Put case number here]

## MOTION BY SELF-REPRESENTED LITIGANT TO PARTICIPATE IN ELECTRONIC FILING

I am a Plaintiff/Defendant in this civil action. I have filed an appearance as a self- represented litigant, and I hereby request permission to file documents electronically. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for self-represented litigants and register for a PACER account before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

- A computer with access to the internet.
- Mozilla Firefox (Version 71.x and higher) or Safari (Version 13.x and higher) or Chrome (Version 78.x and higher) or Microsoft Edge (Version 42.x and higher).
- Adobe Reader (Version 7 or greater).
- Ability to create PDF files.
- An upgraded PACER account.

*Theodora Antar*
Name of Self-represented Litigant

856 Shagbark Drive
Street Address

Orange, CT, 06477
City, State, Zip Code

203-273-8419
Telephone

theodoraantar@gmail.com
Email Address

07/24/2023
Date

*Theodora Antar*
Signature

Rev. 11-10-21