| [x] **APPEAL** | [ ] **JOINT APPEAL** | [ ] **CROSS APPEAL** | [ ] **AMENDED APPEAL** | [ ] **CORRECTED FORM** |
|---|---|---|---|---|

JD-SC-33   Rev. 11-21
P.B. Sections 3-8, 60-7, 60-8, 62-7, 62-8, 63-3, 63-4, 63-10, 72-3
C.G.S. Sections 31-301b, 51-197f, 52-470

*All appeals must be filed electronically unless an exemption from the requirements of electronic filing has been granted or you are an incarcerated self-represented party. For further information about e-filing or this form, see the Appeal Instructions, form JD-SC-34.*

[ ] To Supreme Court    [x] To Appellate Court

Name of case *(State full name of case)*

**ANTAR, THEODORA, F v. LODICE, MATTHEW, J**

Type of appellate matter *(If a writ of error, the writ and the signed marshal's return must be filed on the same business day as this form. See Practice Book Section 72-3.)*

**Appeal**

| | | |
|---|---|---|
| **Trial Court History** | Tried to **Court** | Trial court location **235 CHURCH STREET  New Haven CT 06510** |
| | Trial court judges being appealed **HON JANE K GROSSMAN** | List all trial court docket numbers, including location prefixes **NNH-FA-19-5046828-S** |
| | All other trial court judges who were involved with the case **HON. JENNIFER S. AGUILAR Continued** | Judgment for *(Where there are multiple parties, specify those for whom judgment was rendered)* **MATTHEW J LODICE** |
| | Date of judgment(s) or decision(s) being appealed **06/09/2023 Continued** | Date of issuance of notice on any order on any motion that would render judgment ineffective    Date for filing appeal extended to |
| | Case type **Family** | For Juvenile Cases  [ ] Termination of Parental Rights   [ ] Order of Temporary Custody |
| | For Civil/Family Case Types, Major/Minor code: **F71** | [ ] Other _____ |

| | |
|---|---|
| **Appeal** | Appeal filed by *(Party name(s))* **Theodora Antar** |
| | From *(the action that constitutes the appealable judgment or decision)* **142. 142.1, 148, 148.1, 148.11, 157, 157.1, 157.11, 157.6, 157.62, 165, 165.11, 186, 186.1, 187, 187.1,  Continued** |
| | If this appeal is taken by the State of Connecticut, provide the name of the judge who granted permission to appeal and the date of the order |
| | Statutory Basis for Appeal to Supreme Court |

| By *(Signature of counsel of record)* ▶ **Lookittstheo** | Telephone number **203-273-8419** | Fax number | Juris number *(If applicable)* |
|---|---|---|---|

| | |
|---|---|
| **Appearance** | Type name and address of counsel of record filing this appellate matter *(This is your appearance; see Practice Book Section 62-8)*    Theodora  Antar  856 shagbark drive  orange CT 06477 |
| | E-mail address **theodoraantar@gmail.com** |

"X" one if applicable

[ ] Counsel or self-represented party who files this appeal will be deemed to have appeared **in addition to** counsel of record who appeared in the trial court.

| [ ] Counsel or self-represented party who files this appeal is appearing **in place of**. | Name of counsel of record | Juris number *(If applicable)* |
|---|---|---|

| | |
|---|---|
| **Certification** | I certify that a copy of the appeal form I am filing will immediately be delivered to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone numbers; the appeal form has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and the appeal form complies with all applicable rules of appellate procedure in accordance with Practice Book Sections 62-7 and 63-3. |
| | Date to be delivered **06/12/2023** |
| | *If you have an exemption from e-filing under Practice Book Section 60-8, attach a list with the name, address, e-mail address, and telephone number of each counsel of record and the address where the copy was delivered.* |

If this appeal is a criminal or habeas corpus matter, I certify that a copy of this appeal form will immediately be delivered to the Office of the Chief State's Attorney Appellate Bureau. Date to be delivered _____ .

| Signed *(Counsel of record)* ▶ **Lookittstheo** | Date signed **06/12/2023** |
|---|---|

| | |
|---|---|
| **Required Documents** | To be filed with the Appellate Clerk within ten days of the filing of the appeal, if applicable. See Practice Book Section 63-4. |

1. Preliminary Statement of the Issues
2. Designation of the Proposed Contents of the Clerk Appendix
3. Court Reporter's Acknowledgment or Certificate that no transcript is necessary
4. Docketing Statement
5. Statement for Preargument Conference (form JD-SC-28A)
6. Constitutionality Notice
7. Sealing Order form, if any

| [x] Entry Fee Paid | [ ] No Fees Required | [ ] Fees, Costs, and Security waived by Judge *(enter Judge's name below)* | *Court Use Only* Date and time filed |
|---|---|---|---|

| Judge | Date waived |
|---|---|

## Appeal Form (continued)

**CASE NAME:**
  ANTAR, THEODORA, F v. LODICE, MATTHEW, J

**OTHER TRIAL COURT JUDGES**
  HON. JENNIFER S. AGUILAR
  HON. JAMES G. KENEFICK
  Christopher Griffin
  DANIEL KLAU
  HON. KAREN A. GOODROW
  HON. MAUREEN PRICE-BORELAND
  HON. MARK T GOULD
  HON. SUSAN A. CONNORS
  HON. MARGARET M. MURPHY
  HON. FREDERIC GILMAN
  HON. MICHAEL L. FERGUSON

**JUDGMENT DATES**
  06/09/2023
  06/08/2023
  05/31/2023
  05/30/2023
  05/26/2023
  05/25/2023
  05/23/2023

## Parties & Appearances

**PARTY/PARTIES INITIATING THE APPEAL**

  THEODORA F ANTAR
      Self Rep: THEODORA F ANTAR

  Theodora Antar
      Self Rep: Theodora Antar
              856 shagbark drive
              orange, CT 06477
              Phone: (203) 273-8419   Fax:
              Email: theodoraantar@gmail.com

**ALL OTHER PARTIES AND APPEARANCES**

  MATTHEW J LODICE   - Judgment For
      Self Rep: MATTHEW J LODICE

  SUPPORT ENFORCEMENT (FAMILY)
      Juris: 104033 SES-NEW HAVEN
              414-A CHAPEL STREET
              2ND FLOOR
              NEW HAVEN, CT 06511
              Phone:   Fax:
              Email:

  MOTION TO INTERVENE
      Self Rep: MOTION TO INTERVENE

**Appeal Form (continued)**

## Appeal Form (continued)

## The action that constitutes the appealable judgment(s) or decision(s):

142. 142.1, 148, 148.1, 148.11, 157, 157.1, 157.11, 157.6, 157.62, 165, 165.11, 186, 186.1, 187, 187.1, 195, 195.1, 195.11, 204, 205, 205.11, 210, 210.11 210.12, 212, 212.1, 212.11, 225, 225.1, 232, 232.11, 237, 237.1, 237.11, 247, 247.1, 254, 254.1, 254.11, 255, 255.1, 256, 256.1, 257, 258, 258.1, 259, 261, 262, 266, 266.1, 270.1, 274, 274.1, 275,