# APPEARANCE

JD-SC-36 Rev. 1-23
P.B. §§ 60-8, 62-7, 69-3, 70-1

**Instructions** - See page 2
**ADA Notice** - See page 2

STATE OF CONNECTICUT
**SUPREME COURT**
**APPELLATE COURT**
www.jud.ct.gov



### Notice to Self-Represented Parties
*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by selecting the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is listed below.

Note: Attorneys or firms who list a change of address on this form must first contact the Statewide Grievance Committee to effectuate the change.
Note: An appearance filed after the case is ready pursuant to Practice Book Section 62-8 requires permission of the court.

| Trial Court docket number | Appeal docket number |
|---|---|
| NNH-FA19-5046828-S | AC46588 |

**Appeal caption(s)** (Full name of Plaintiff vs. Full name of Defendant)
Theodora F. Antar v. Matthew J. Lodice

### Enter the appearance of

| Name of self-represented party (See "Notice to Self-Represented Parties" at top), or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
|---|---|
| Theodora Antar | |

| Mailing Address | Post Office Box | Telephone number (Area code first) |
|---|---|---|
| 856 Shagbark Drive | | 203-273-8419 |

| City/Town | State | Zip Code | Fax number (Area code first) | E-mail address |
|---|---|---|---|---|
| Orange | CT | 06477 | | theodoraantar@gmail.com |

In the case named above for:

[x] Appellant(s) (party filing the appeal):
[ ] Appellee(s) (party responding to the appeal):
[ ] Plaintiff in Error (party filing the Writ of Error):
[ ] Defendant in Error (party responding to the Writ of Error):
[ ] Other:

Note: If other counsel or a self-represented party has already filed an appearance for the party or parties selected above, select box 1 or 2 below:

1. ☐ This is in place of the appearance of the following attorney, firm, or self-represented party on file (Practice Book Section 3-8):
   Name and juris number

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case pursuant to Practice Book Section 62-7.**  [x] Yes  [ ] No

| Signed (Individual attorney or self-represented party) | Name of person signing at left (Print or type) | Date signed |
|---|---|---|
| | Theodora Antar | 06/12/2023 |

### Certification

I certify that a copy of the document(s) that I am filing has been delivered on **06/12/2023** to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone and facsimile numbers; the document(s) have been redacted or do not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and comply with all applicable rules of appellate procedure in accordance with Practice Book Section 62-7.

*If you have an exemption from e-filing under Practice Book Section 60-8, attach a list with the name, address, e-mail address, telephone number, and facsimile number of each counsel of record and the address where the copy was delivered.*

Name and address of each party and attorney that copy was or will be mailed or delivered to*
Matthew Lodice 23 Lyman st #2, New Britain CT 06053

| Signed (Counsel of record) | Date signed |
|---|---|
| ▶ | 06/12/2023 |

☐ Names, addresses and numbers included on separate page.

Print Form     Page 1     Reset Form