| | |
|---|---|
| **AC46588** | **APPELLATE COURT** |
| **Theodora F. Antar** | **STATE OF CONNECTICUT** |
| **Plaintiff / Appellee** | |
| v. | |
| **Matthew J Lodice** | |
| **Defendant / Appellant** | **DATE   JUNE 16, 2023** |

## PRELIMINARY STATEMENT OF ISSUES

The plaintiff-appellant intends to present the following issue on appeal:

1. The Superior Court New Haven and in particular all orders entered into by Honorable Jane Kupson Grossman were:

    1.1   in violation of constitutional or statutory provisions.
    1.2   in excess of the statutory authority.
    1.3   made upon unlawful procedure
    1.4   affected by other error of law
    1.5   clearly erroneous in view of reliable, probative and substantial evidence on the whole record or
    1.6   arbitrary or capricious or characterized by abuse of discretion, bias or clearly unwarranted exercise of discretion.

i/s PLAIINTIFF-APPELLANT
Acting Pro Se: Theodora F. Antar.
856 Shagbark Drive
Orange, CT, 06477
E Mail:  theodoraantar@gmail.com

## **CERTIFICATION**

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of the forgoing was sent electronically this 16TH day of June 2023, to the Defendant / Appellee

<u>DEFENDANT / APPELLEE</u>

MATTHEW J. LODICE
Acting Pro Se
48 QUARRY HILL ROAD
WATERBURY
06706
Email matthewlodice@gmail.com

It is also certified that this document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law. It is also certified that this document complies with all applicable rules of appellate procedure.

                                 PLAINTIFF-APPELLANT

                                 BY:_____/S/_____

                              Acting Pro Se: Theodora F. Antar.
                                856 Shagbark Drive
                                 Orange, CT, 06477
                  E Mail  theodoraantar@gmail.com

## **CERTIFICATION**

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of theforgoing was sent electronically this 16th day of June 2023 to Council for Defendant / Appellee

MATTHEW J. LODICE
Acting Pro Se
48 QUARRY HILL ROAD
WATERBURY
06706
Email matthewlodice@gmail.com

                PLAINTIFF-APPELLANT

                BY: /S/

                Acting Pro Se: Theodora F. Antar.
                856 Shagbark Drive
                Orange, CT, 06477
      E Mail   theodoraantar@gmail.com