

**E-Services Menu**

**E-Services Inbox**

**Transcript Home**

Logged in User: **Theodora Antar (Lookittstheo)** E-Mail: **Theodoraantar@gmail.com**   Logout

## Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/17/2023 11:12:01 PM |
| **Current Status:** | Processing |

## Transcript Details

| | | | |
|---|---|---|---|
| **Order ID:** | 21849 | | |
| **Proceeding Conducted:** | Both | **Case Name:** | |
| | **Judicial District:** | **Trial Docket Number:** | |
| | NNH - New Haven | **Trial Court Location:** | |
| | Antar V Lodice | **Case Type:** | |
| | NNH-FA-19-5046828S | **Case Tried To:** | |
| | 235 Church | **Appeal To:** | |
| | Family | **Appeal:** | |
| | Court | **Previous Transcript:** | |
| | Appellate Court | **Person Ordering:** | |
| | From judgment involving custody of minor children | **Email Address:** | |
| | No | **Mailing Address:** | |
| | Theodora Antar | **Telephone Number:** | |
| | theodoraantar@gmail.com | **Relationship:** | |
| | 856 Shagbark Drive, Orange, CT, 06477 | **Fee Waiver:** | |
| | 203-273-8419 | **Hearing Dates:** | |
| | Plaintiff | | |
| | No | | |

1)  11/07/2019 KLAU,DANIEL

2)  03/09/2022 AGUILAR,JENNIFER

3)  04/08/2022 GROSSMAN,JANE

4)  04/12/2022 PRICE-BORELAND,MAUREEN

5)  06/01/2022 GILMAN,FREDERIC

6)  06/28/2022 GROSSMAN,JANE

7)  06/29/2022 FERGUSON,MICHAEL

8)  12/01/2022 GROSSMAN,JANE

9)  03/27/2023 GROSSMAN,JANE

10) 04/05/2023 GROSSMAN,JANE

10) 04/05/2023 GROSSMAN,JANE
11) 05/25/2023 GROSSMAN,JANE
12) 06/15/2023 GROSSMAN,JANE

Return to Transcript Home

Copyright Judicial Branch © 2023



- E-Services Menu
- E-Services Inbox
- Transcript Home

**Logged in User:** Theodora Antar (Lookittstheo) **E-Mail:** Theodoraantar@gmail.com   Logout

## Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/17/2023 11:15:13 PM |
| **Current Status:** | Processing |

## Transcript Details

| | | | |
|---|---|---|---|
| **Order ID:** | 21850 | **Case Name:** | Lodice v Lodice |
| **Proceeding Conducted:** | In-person | **Trial Docket Number:** | HHB-FA-13-4034032 |
| **Judicial District:** | HHB - New Britain | **Trial Court Location:** | 20 Franklin Square |
| | | **Case Type:** | Family |
| | | **Case Tried To:** | Court |
| | | **Appeal To:** | Appellate Court |
| | | **Appeal:** | From judgment involving custody of minor children |
| | | **Previous Transcript:** | No |
| | | **Person Ordering:** | Theodora Antar |
| | | **Email Address:** | theodoraantar@gmail.com |
| | | **Mailing Address:** | 856 shagbark drive, orange, ct, 06477 |
| | | **Telephone Number:** | 2032738419 |
| | | **Relationship:** | n/a |
| | | **Fee Waiver:** | No |
| | | **Hearing Dates:** | 1) 10/02/2019 |

Return to Transcript Home

Copyright Judicial Branch © 2023



- **E-Services Menu**
- **E-Services Inbox**
- **Transcript Home**

**Logged in User:** Theodora Antar (Lookittstheo) **E-Mail:** Theodoraantar@gmail.com  Logout

## Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/17/2023 11:12:01 PM |
| **Current Status:** | Processing |

## Transcript Details

| | | | |
|---|---|---|---|
| **Order ID:** | 21849 | | |
| **Proceeding Conducted:** | Both | **Case Name:** | |
| **Judicial District:** NNH - New Haven | | **Trial Docket Number:** Antar V Lodice NNH-FA-19-5046828S | |
| | 235 Church | **Trial Court Location:** | |
| | Family | **Case Type:** | |
| | Court | **Case Tried To:** | |
| | Appellate Court | **Appeal To:** | |
| | From judgment involving custody of minor children | **Appeal:** | |
| | No | **Previous Transcript:** | |
| | Theodora Antar | **Person Ordering:** | |
| | theodoraantar@gmail.com | **Email Address:** | |
| | 856 Shagbark Drive, Orange, CT, 06477 | **Mailing Address:** | |
| | 203-273-8419 | **Telephone Number:** | |
| | Plaintiff | **Relationship:** | |
| | No | **Fee Waiver:** | |
| | | **Hearing Dates:** | |

1) 11/07/2019 KLAU,DANIEL
2) 03/09/2022 AGUILAR,JENNIFER
3) 04/08/2022 GROSSMAN,JANE
4) 04/12/2022 PRICE-BORELAND,MAUREEN
5) 06/01/2022 GILMAN,FREDERIC
6) 06/28/2022 GROSSMAN,JANE
7) 06/29/2022 FERGUSON,MICHAEL
8) 12/01/2022 GROSSMAN,JANE
9) 03/27/2023 GROSSMAN,JANE
10) 04/05/2023 GROSSMAN,JANE

10) 04/05/2023 GROSSMAN,JANE

11) 05/25/2023 GROSSMAN,JANE

12) 06/15/2023 GROSSMAN,JANE

[Return to Transcript Home]

Copyright Judicial Branch © 2023



**E-Services Menu**

**E-Services Inbox**

**Transcript Home**

**Logged in User: Theodora Antar (Lookittstheo)** **E-Mail: Theodoraantar@gmail.com**  Logout

### Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/17/2023 11:15:13 PM |
| **Current Status:** | Processing |

### Transcript Details

| | | | |
|---|---|---|---|
| **Order ID:** | 21850 | **Case Name:** | Lodice v Lodice |
| **Proceeding Conducted:** | In-person | **Trial Docket Number:** | HHB-FA-13-4034032 |
| **Judicial District:** | HHB - New Britain | **Trial Court Location:** | 20 Franklin Square |
| | | **Case Type:** | Family |
| | | **Case Tried To:** | Court |
| | | **Appeal To:** | Appellate Court |
| | | **Appeal:** | From judgment involving custody of minor children |
| | | **Previous Transcript:** | No |
| | | **Person Ordering:** | Theodora Antar |
| | | **Email Address:** | theodoraantar@gmail.com |
| | | **Mailing Address:** | 856 shagbark drive, orange, ct, 06477 |
| | | **Telephone Number:** | 2032738419 |
| | | **Relationship:** | n/a |
| | | **Fee Waiver:** | No |
| | | **Hearing Dates:** | 1) 10/02/2019 |

Return to Transcript Home

Copyright Judicial Branch © 2023

## **CERTIFICATION**

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of the forgoing was sent electronically this 19th day of June, 2023, to: Matthew J. Lodice, acting pro se, 48 Quarry Hill rd, Waterbury, Ct, 06706, matthewlodice@gmail.com.  It is also certified that this document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law.  It is also certified that this document complies with all applicable rules of appellate procedure.

                                                    PLAINTIFF-APPELLANT

                                                    BY:         /S/
                                                    **Acting** Pro Se: Theodora F. Antar.
                                                    856 Shagbark Drive
                                                    Orange, CT, 06477
                                                    theodoraantar@gmail.com

| | |
|---|---|
| AC46588 | APPELLATE COURT |
| Theodora F. Antar | |
| Plaintiff / Appellee | STATE OF CONNECTICUT |
| V | |
| Matthew J Lodice | |
| Defendant / Appellant | DATE   JUNE 19, 2023 |

## CERTIFICATE REGARDING TRANSCRIPT

Pursuant to Practice Book § 63-4 (a) (2), the plaintiff-appellant states he has ordered a copy of all proceedings, as detailed in the attached Notice of Appeal Transcript Order.  A copy of the court reporter's acknowledgment thereof will be forwarded when received.

PLAINTIFF-APPELLANT

BY:    /S/
Acting Pro Se: Theodora F. Antar.
856 Shagbark Drive
Orange, CT, 06477
theodoraantar@gmail.com

## CERTIFICATION

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of the forgoing was sent electronically this 19th day of June, 2023, to:

MATTHEW J. LODICE
Acting Pro Se
48 QUARRY HILL ROAD, WATERBURY, CT, 06706
Email matthewlodice@gmail.com

It is also certified that this document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law.  It is also certified that this document complies with all applicable rules of appellate procedure.

PLAINTIFF-APPELLANT

BY: _____/S/_____
Acting Pro Se: Theodora F. Antar.
856 Shagbark Drive
Orange, CT, 06477
theodoraantar@gmail.com