**CERTIFICATE REGARDING TRANSCRIPTS**

JD-SC-40 New 3-23
P.B. § 63-4

For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/

**CONNECTICUT JUDICIAL BRANCH**
**APPELLATE CLERK**
*231 Capitol Avenue*
*Hartford, CT 06106*

**Instructions for electronic filing**

1. Complete this form and e-mail a copy to all counsel and self-represented parties. (See Practice Book Section 62-7)
2. E-file this completed form by uploading it under "Preliminary Papers/Appeal Documents."

**Instructions for those exempt from electronic filing**

1. Complete this form and hand deliver or mail a copy to all counsel and self-represented parties. (See Practice Book Section 62-7)
2. File this completed form by hand delivering it or mailing it to the Appellate Clerk, 231 Capitol Avenue, Hartford, CT 06106.

Name of case(s)

Docket number(s)

Attorney or self-represented party filing certificate

Address

E-mail address

Telephone number

*Review Practice Book Section 63-4 (a) (3) and complete the section below.*

☐ No transcript is necessary

☐ Transcript is necessary and a copy of the order is filed as *Appeal Transcript Order Form* or is attached to this form.

## Certification

I certify that a copy of the document(s) that I am filing has been delivered to each other counsel and self-represented party of record and I have included their names, addresses, e-mail addresses, and telephone and facsimile numbers, and that the document(s) has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law, and complies with all applicable rules of appellate procedure.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of attorney or self-represented party)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ *Theodora Antar* | | |