## Notice of Appeal Transcript Order

**Section 1:**

**Name of Case:** LODICE, MONICA V. LODICE, MATTHEW, J
**External ID:** 1022081
**Transcript Number:** HHB-1000118-AP
**Proceeding conducted:** In-person
**Case Type:** Family
**Judicial District of:** New Britain
**Trial Court Location:** 20 Franklin Square
**Hearing Dates of transcript being ordered:** 10/2/2019 ABERY-WETSTONE, HOLLY
**Trial Court Docket Number:** HHB-FA-13-4034032-S
**Case Tried To:** Court
**Appeal To:** Appellate Court
**Appeal:**

○ From judgment in juvenile matters concerning termination of Parental Rights

○ From judgment in juvenile matters other than termination of Parental Rights

○ From a criminal judgment where defendant is incarcerated

○ From a criminal judgment where defendant is not incarcerated

○ From court closure order

○ Involving the public interest

◉ From judgment involving custody of minor children

○ From all other judgments

**An electronic version of a previously delivered transcript is being ordered:** Yes
Describe in detail, including specific dates, the parts of the proceedings for which a transcript is being ordered.
If you are ordering an electronic version of a previously delivered transcript, indicate that the paper transcript already was delivered.
already ordered this. now need certified for appeal
**Name of Person Ordering Transcript:** Theodora Antar
**Email Address:** theodoraantar@gmail.com
**Mailing Address:** 856 shagbark drive, orange, ct, 06477
**Telephone Number:** 2032738419
**Relationship:** n/a
**Fee Waiver:** No
**Please note:** Payment arrangements must be reached with the transcriber before a completed transcript will be delivered.
**Notes:**
**Submitted Date:** 6/17/2023 11:15:13 PM

**Section 2. Official Court Reporter's Appeal Transcript Order Acknowledgement**
(Completed by Official Court Reporter after satisfactory financial arrangements have been made pursuant to Section 63-8 of the Connecticut Practice Book.)

| Name(s) of Report(s)/Monitor(s) | Name(s) of Transcribing Reporter(s)/Monitor(s) | Hearing Date | Estimated number of pages | Only electronic version of previously delivered transcripts? | Number of pages previously delivered | Estimated delivery date |
|---|---|---|---|---|---|---|
| QUIGLEY - R, DEBORAH | MYSKA, GABRIELLE | 10/02/2019 | 33 | YES | 33 | 06/23/2023 |

| Total estimated pages | Total previously delivered pages | Final Estimated delivery date |
|---|---|---|
| 33 | 33 | 06/23/2023 |

**Name of Case:** LODICE, MONICA V. LODICE, MATTHEW, J

| Name of Official Court Reporter: Lambrini Vasiliadis | Signature of Official Court Reporter: /s/ Vari | Date Signed: 6/20/2023 |

### Order Acknowledgement

**Section 3. Official Court Reporter's Certificate of Completion** (Completed by Official Court Reporter upon delivery of the entire transcript ordered above.)

| Actual number of pages in entire Appeal Transcript: | Date of final delivery (Practice Book Section 63-8(c)): |
|---|---|

This certificate is filed as required by Practice Book Section 63-8

| | Signature of Official Court Reporter: | Date Signed: |

### Section 4.

**Certification of Service by Ordering Party**  (Ordering party to file completed certificate with the Appellate Clerk)

I certify that a copy of the above Certificate of Completion was served on all counsel and self-represented parties of record

| | Signature of ordering party: | Date Signed: |