| | |
|---|---|
| AC46588 | APPELLATE COURT |
| **Theodora F. Antar** | **STATE OF CONNECTICUT** |
| **Plaintiff / Appellee** | |
| v. | |
| **Matthew J Lodice** | |
| **Defendant / Appellant** | DATE   JUNE 16, 2023 |

## DOCKETING STATEMENT

The Appellant submits the following docketing information pursuant to Sec. 63-4:

A. Names and address of all parties to the appeal and their trial and appellate counsel:

PLAIINTIFF-APPELLANT

Acting Pro Se: Theodora F. Antar.

856 Shagbark Drive

Orange, CT, 06477

E Mail:  theodoraantar@gmail.com

DEFENDANT / APPELLEE

MATTHEW J. LODICE

Acting Pro Se

48 QUARRY HILL ROAD

WATERBURY

06706

Email matthewlodice@gmail.com

B.  State whether, or not, there are pending appeals which arise from the same controversy or involve issues closely related to those presented by this appeal.

There are currently no other appeals pending.

C.  State whether, or not, a criminal protective order, civil protective order, or civil restraining order was requested, or issued, during any of the underlying proceedings.

No Criminal or Civil Protection Order was requested.

D.  State whether, or not, there were exhibits at the trial level.

There are various Transcripts and Exhibits ae Trial level.

E.  State whether this is a criminal appeal, and if so, whether, or not, the defendant is incarcerated as a result of the case being appealed, and thecharges that are the basis of the conviction.

This is not a Criminal Appeal.

i/s PLAIINTIFF-APPELLANT
Acting Pro Se: Theodora F. Antar.
856 Shagbark Drive
Orange, CT, 06477
E Mail:  theodoraantar@gmail.com

## **CERTIFICATION**

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of the forgoing was sent electronically this 16TH day of June 2023, to the Defendant / Appellee

DEFENDANT / APPELLEE

MATTHEW J. LODICE
Acting Pro Se
48 QUARRY HILL ROAD
WATERBURY
06706
Email matthewlodice@gmail.com

It is also certified that this document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law. It is also certified that this document complies with all applicable rules of appellate procedure.

PLAINTIFF-APPELLANT

BY:       /S/
Acting Pro Se: Theodora F. Antar.
856 Shagbark Drive
Orange, CT, 06477
E Mail  theodoraantar@gmail.com

## **CERTIFICATION**

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of theforgoing was sent electronically this 16th day of June 2023 to Council for Defendant / Appellee

    MATTHEW J. LODICE

    Acting Pro Se

    48 QUARRY HILL ROAD

    WATERBURY

    06706

    Email matthewlodice@gmail.com

                                 PLAINTIFF-APPELLANT

                                 BY:_____/S/_____

                              Acting Pro Se: Theodora F. Antar.

                              856 Shagbark Drive

                              Orange, CT, 06477

                    E Mail   theodoraantar@gmail.com