| | | |
|---|---|---|
| **PREARGUMENT CONFERENCE STATEMENT**<br>JD-SC-28A   Rev. 4-16<br>P.B. Sections 62-7, 63-4, 63-10, 85-2 | **ADA NOTICE**<br>The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*. | **CONNECTICUT JUDICIAL BRANCH**<br>**APPELLATE CLERK**<br>*231 Capitol Avenue*<br>*Hartford, CT 06106* |

**Instructions for E-filers**
1. Fill out this form and e-mail a copy to all counsel and self-represented parties (See Practice Book Section 62-7).
2. E-file this form by uploading it under "Preliminary Papers/Appeal Documents."

**Instructions for Self-Represented Parties and Non-E-filers**
1. Fill out this form and hand deliver or mail a copy to all counsel and self-represented parties (see Practice Book Section 62-7).
2. File this form by hand delivering it or mailing it to the Appellate Clerk at 231 Capitol Avenue, Hartford, CT 06106.

**Name of case(s)**

**For Court use only** *(Docket Numbers)*

**Case type**

**Briefly describe the final judgment/ruling appealed**

**Party or parties appealing**

**E-mail address**

**Attorney or self-represented party filing preargument conference statement**

**Telephone number**

**Address** *(Number, street, city/town, state and ZIP)*

**Filing status** *(Check all that apply)*
☐ Attorney   ☐ Self-represented party   ☐ Appellant   ☐ Cross appellant

1. If this appeal was filed in the Appellate Court, should it be transferred to the Supreme Court?  ☐ Yes *(Explain below)*  ☐ No

2. Would you be willing to waive oral argument in this case?  ☐ Yes  ☐ No

**Notice**

It is the duty of counsel and self-represented parties to communicate with each other to assure attendance at the conference. If you do not file this form, or do not attend a scheduled preargument conference, sanctions under Practice Book Section 85-2 may be imposed (See Practice Book Section 63-10).

I certify that a copy of the document(s) that I am filing has been delivered to each other counsel and self-represented party of record and I have included their names, addresses, e-mail addresses, and telephone and facsimile numbers, and that the document(s) has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law, and complies with all applicable rules of appellate procedure.

| Signature of individual counsel/self-represented party<br>▶ *Theodora Antar* | Name of person signing at left | Date signed |
|---|---|---|

☐ *Names, addresses and numbers included on separate page.*

**Page 1**

## **CERTIFICATION**

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of the forgoing was sent electronically this 16TH day of June 2023, to the Defendant / Appellee

<u>DEFENDANT / APPELLEE</u>

MATTHEW J. LODICE
Acting Pro Se
48 QUARRY HILL ROAD
WATERBURY
06706
Email matthewlodice@gmail.com

It is also certified that this document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law. It is also certified that this document complies with all applicable rules of appellate procedure.

                                          PLAINTIFF-APPELLANT

                                          BY:_____/S/_____

                                    Acting Pro Se: Theodora F. Antar.
                                    856 Shagbark Drive
                                    Orange, CT, 06477
                       E Mail  theodoraantar@gmail.com

**CERTIFICATION**

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of theforgoing was sent electronically this 16th day of June 2023 to Council for Defendant / Appellee

MATTHEW J. LODICE
Acting Pro Se
48 QUARRY HILL ROAD
WATERBURY
06706
Email matthewlodice@gmail.com

                        PLAINTIFF-APPELLANT

                        BY:_____/S/_____
                 Acting Pro Se: Theodora F. Antar.
                 856 Shagbark Drive
                 Orange, CT, 06477
     E Mail  theodoraantar@gmail.com