**AC46588**                                          **APPELLATE COURT**


**Theodora F.
Antar**                                            **STATE OF CONNECTICUT**

 **Plaintiff /
 Appellant**


         v.


**Matthew J Lodice**

**Defendant / Appellee**                    **DATE   JUNE 16, 2023**

## <u>DESIGNATION OF THE PROPOSED
CONTENTS OF THE CLERK APPENDIX</u>


        Pursuant to Practice Book § 63-4(a)(2), the plaintiff-appellant lists

the following documents docketed in the case file that are deemed

necessary for inclusion in the Clerk Appendix for purposes of presenting

the issues on appeal:

1.  Table of Contents

2.  Case Detail

3.  All pleadings and orders:

    3.1   Visitation Application Docket Entry 100.30

    3.2   Order Hearing and Notice Docket Entry 100.31

    3.3   Notice of Automatic Court Orders Docket Entry 100.32

    3.4   Affidavit concerning children Docket Entry 100.33

    3.5   Order for Party Participation in Parenting Education Docket Entry
          102.00

    3.6   Finding of inability to pay parenting education program Docket Entry
          103.00

3.7    Document establishing legal relationship between parents and in custivis action Docket Entry 104.00

3.8    Order for hearing / notice and service rule to show cause Docket Entry 105.00

3.9    Custody Application Docket Entry 106.00

3.10   Worksheet for Connecticut Child Support and Appearance Docket Entry 110.00

3.11   Agreement Docket Entry 111.00

3.12   Judgment File Docket Entry 112.00

3.13   Agreement without Trial General Docket Entry 113.00

3.14   Agreement without Trial General Docket Entry 113.10

3.15   Contempt Citation issued post judgment Agreement without Trial General Docket Entry 114.00

3.16   Court Order Docket Entry 114.01

3.17   Order to Show Cause Docket Entry 115.00

3.18   Post Judgment Motion for Modification Docket Entry 116.00

3.19   Court Order Docket Entry 116.01

3.20   Motion for Waiver Docket Entry 117.00

3.21   Contempt Citation issued post judgment Docket Entry 118.00

3.22   Court Order Docket Entry 118.01

3.23   Order to Show Cause Docket Entry 119.00

3.24   Post Judgement for Modification child support Custody Docket Entry 120.00

3.25   Court Order Docket Entry 120.01

3.26   Motion for Waiver Docket Entry 121.00

3.27   Notice of IV-D Child Support Enforcement Docket Entry 122.00

3.28   Motion for Continuance Docket Entry 123.00

3.29   Court Order Docket Entry 123.01

3.30   Motion for Continuance Docket Entry 124.00

3.31   Request for Approval of Final Agreement Docket Entry 125.00

3.32   Court Order Docket Entry 125.01

3.33   Affidavit in support of request for approval of final agreement Docket

Entry 126.00

3.34  Court Order Docket Entry 126.01

3.35  Agreement Docket Entry 128.00

3.36  Court Order Docket Entry 128.01

3.37  Modification of Judgment Docket Entry 129.00

3.38  Contempt Citation issued post judgment Docket Entry 130.00

3.39  Order to Show Cause Docket Entry 131.00

3.40  Post-judgement  Motion for Modification child support Custody
      Docket Entry 132.00

3.41  Motion for Waiver Docket Entry 133.00

3.42  Motion for Continuance Docket Entry 135.00

3.43  Court Order Docket Entry 135.01

3.44  Contempt Citation and Application for Income Withholding  Docket
      Entry 136.00

3.45  Contempt Citation issued post-judgment Docket Entry 137.00

3.46  Court Order Docket Entry 137.10

3.47  Court Order – Family Support Magistrate Docket Entry 138.00

3.48  Motion for Waiver Docket Entry 139.00

3.49  Contempt Citation issued post-judgment Docket Entry 140.00

3.50  Court Order Docket Entry 140.10

3.51  Order to Show Cause Docket Entry 141.00

3.52  Post – judgement Motion for Modification Custody Visitation Docket
      Entry 142.00

3.53  Court Order Docket Entry 142.10

3.54  Motion for Waiver Docket Entry 143.00

3.55  Motion for Waiver Docket Entry 144.00

3.56  Application for Emergency Ex Parte Order for Custody Docket Entry
      145.00

3.57  Court Order Docket Entry 145.10

3.58  Order for Show Cause Docket Entry 146.00

3.59  Post-judgement Modification custody visitation Docket Entry 146.10

3.60   Affidavit concerning children Docket Entry 147.00

3.61   Motion to Modify General Docket Entry 148.00

3.62   Court Order Docket Entry 148.10

3.63   Court Order Docket Entry 148.11

3.64   Order to Show Cause Docket Entry 151.00

3.65   Motion to Transfer Docket Entry 151.10

3.66   Court Order Docket Entry 151.11

3.67   Motion for Order re Discovery Motion or Request Docket Entry
       152.00

3.68   Court Order Docket Entry 152.10

3.69   Agreement Docket Entry 153.00

3.70   Court Order Docket Entry 153.10

3.71   Modification of Judgment Docket Entry 153.11

3.72   Memorandum of Resolution Screening Form Docket Entry 154.00

3.73   Motion for Waiver Docket Entry 155.00

3.74   Caseflow Request Docket Entry 156.00

3.75   Court Order Docket Entry 156.01

3.76   Contempt Citation Post Judgment Docket Entry 157.00

3.77   Court Order Docket Entry 157.10

3.78   Court Order Docket Entry 157.11

3.79   Order to Show Cause Docket Entry 157.50

3.80   Post-Judgement Motion for Modification Child Support Custody
       Court Order Docket Entry 157.60

3.81   Court Order Court Order Docket Entry 157.62

3.82   Motion to Reargue / Reconsider Court Order Docket Entry 159.00

3.83   Court Order Court Order Docket Entry 159.10

3.84   Motion for Waiver Court Order Docket Entry 161.00

3.85   Application for Emergency Ex Pate Order for Custody Docket Entry
       162.00

3.86   Contempt Citation issued Post-Judgement Docket Entry 163.00

3.87   Court Order Docket Entry 163.11

3.88   Order to Show Cause Docket Entry 164.00

3.89   Post Judgement Motion for Modification Custody Visitation Docket
       Entry 165.00

3.90   Court Order Docket Entry 165.11

3.91   Affidavit Concerning Children Docket Entry 166.00

3.92   Motion or Continuance Docket Entry 167.00

3.93   Court Order Docket Entry 167.10

3.94   Application for Issuance of Subpoena by Self represented party
       Docket Entry 168.00

3.95   Application for Issuance of Subpoena by Self represented party
       Docket Entry 169.00

3.96   Application for Issuance of Subpoena by Self represented party
       Docket Entry 170.00

3.97   Application for Issuance of Subpoena by Self represented party
       Docket Entry 171.00

3.98   Application for Issuance of Subpoena by Self represented party
       Docket Entry 172.00

3.99   Caseflow Request Docket Entry 173.10

3.100  Court Order Docket Entry 173.10

3.101  Court Order Family Support Magistrate Docket Entry 174.00

3.102  Motion to Dismiss Docket Entry 175.00

3.103  Motion for Waiver Docket Entry 176.00

3.104   Exhibits Docket Entry 177.00

3.105   Mittmus issued Docket Entry 178.00

3.106   Motion for Waiver Docket Entry 179.00

3.107   Contempt Citation issued post-judgement Docket Entry 180.00

3.108  Court Order Docket Entry 180.10

3.109   Motion for Continuance Docket Entry 181.00

3.110   Court order Docket Entry 181.10

3.111  Request  for Referral by CSSD Family Services Docket Entry
        182.00

3.112   Court Order Docket Entry 182.10

3.113   Court Order Family Support Magistrate Docket Entry 183.00

3.114   Court Order Docket Entry 184.00

3.115 List of Exhibits Docket Entry 185.00

3.116 Motion for Order Docket Entry 186.00

3.117 Court Order Docket Entry 186.10

3.118   Motion for Contempt Docket Entry 187.00

3.119   Court Order Docket Entry 187.10

3.120   Request to bring audiovisual equipment into the Courthouse
         Docket Entry 188.00

3.121   Motion for Order Docket Entry 189.00

3.122   Motion to Dismiss Docket Entry 190.00

3.123   Motion for Order Docket Entry 191.00

3.124 Court Order  Docket Entry 191.10

3.125   Motion to Compel Docket Entry 192.00

3.126  Family Services Motion to Court Docket Entry 193.00

3.127 Request for Referral by CSSD Family Services Docket Entry 194.00

3.128   Court Order Docket Entry 194.50

3.129   Contempt Citation issued post-judgement Docket Entry 195.00

3.130   Court Order Docket Entry 195.10

3.131   Court Order Docket Entry 195.11

3.132   Motion for Waiver Docket Entry 196.00

3.133   Appeal from Family Support Magistrate Docket Entry 197.00

3.134   Appeal from Family Support Magistrate Docket Entry 198.00

3.135   Appeal from Family Support Magistrate Docket Entry 199.00

3.136   Motion to Transfer Docket Entry 200.00

3.137   Motion for Appointment of Guardian Ad Litem  Docket Entry 201.00

3.138   Motion for Mental or Physical Exam Docket Entry 202.00

3.139   Application for Emergency Ex Parte Order for Custody Docket
         Entry 203.00

3.140   Order to Show Cause Docket Entry 204.00

3.141   Post Judgement Motion for Modification Custody and Visitation
         Docket Entry 205.00

3.142  Court Order Docket Entry 205.10

3.143 Contempt Citation issued post-judgment Docket Entry 206.00

3.144 Motion for Waiver Docket Entry 207.00

3.145  Motion for Continuance Docket Entry 208.00

3.146  Court Order Docket Entry 208.10

3.147 Motion for Continuance Docket Entry 209.00

3.148  Contempt Citation issued post-judgment Docket Entry 210.00

3.149  Court Order Docket Entry 210.11

3.150 Court Order Docket Entry 210.12

3.151  Motion for Waiver Court Order Docket Entry 211.00

3.152  Contempt Citation issued post judgment Court Order Docket Entry 212.00

3.153  Court Order Docket Entry 212.10

3.154 Court Order Docket Entry 212.11

3.155  Motion for Continuance Docket Entry 213.00

3.156 Court Order Docket Entry 213.10

3.157 Request to bring audio/visual equipment into the Courthouse Docket Entry 216.00

3.158 Withdrawal of Motion Docket Entry 217.00

3.159 Withdrawal of Motion Docket Entry 218.00

3.160 Caseflow Request Docket Entry 219.00

3.161 Court Order Docket Entry 219.10

3.162  Family Services Notice to Court  Docket Entry 22100

3.163  Case Flow Request Docket Entry 222.00

3.164  Court Order Docket Entry 223.00

3.165  Notice Docket Entry 224.00

3.166  Motion to Appoint Guardian Ad Litem Docket Entry 225.00

3.167   Cour Order Docket Entry 225.10

3.168  Motion for Waiver Docket Entry 226.00

3.169  Motion to Modify General Docket Entry 227.00

3.170   Memorandum of Resolution Screening Docket Entry 228

3.171 Request Docket Entry 229.00

3.172   Contempt Citation issued post judgment  Docket Entry 230.00

3.173   Order to Show Cause Docket Entry 231.00

3.174 Post-judgement Motion for Modification Custody  Docket Entry
        232.00

3.175  Court Order Docket Entry 232.11

3.176  Motion for Waiver Docket Entry 233.00

3.177  Caseflow Request Docket Entry 234.00

3.178  Court Order Docket Entry 234.10

3.179 Court Order Family Support Magistrate Docket Entry 235.00

3.180 Proposed Parental Responsibility Plan Docket Entry 236.00

3.181 Motion for Contempt Docket Entry 237.00

3.182   Court Order Docket Entry 237.10

3.183  Court Order Docket Entry 237.11

3.184   Request for Referral by CSSD Family Services Form Docket Entry
        238.00

3.185  Court Order Docket Entry 238.10

3.186  Court Order Docket Entry 239.00

3.187  Motion to Compel Docket Entry 240.00

3.188 Court Order Docket Entry 240.01

3.189 Memorandum in Support of Motion Docket Entry 241.00

3.190 Motion for Contempt Docket Entry 243.00

3.191 Family Services Notice to Court Docket Entry 244.00

3.192 Application for Emergency Ex parte Order for Custody Docket Entry 245.00

3.193 Court Order Docket Entry 245.10

3.194 Post Judgment Motion for Modification Custody – Visitation Docket Number 247.00

3.195 Court Order Docket Entry 247.10

3.196 Affidavit concerning children Docket Entry 248.00

3.197 Motion for Continuance Docket Entry 249.00

3.198 Court Order Docket Entry 249.10

3.199 List of Exhibits Docket Entry 252.00

3.200 Motion for Advice Docket Entry 254.00

3.201 Court Order Docket Entry 254.10

3.202 Court Order Docket Entry 254.11

3.203 Motion for Continuance Docket Entry 255.00

3.204 Court Order Docket Entry 255.10

3.205 Motion for Order Docket Entry 256.00

3.206 Court Order Docket Entry 256.10

3.207 Court Order Docket Entry 256.11

3.208 Court Order Docket Entry 257.00

3.209 Court Order Docket Entry 258.00

3.210 Modification Judgement Docket Entry 258.10

3.211 Order without agreement of parties Docket Entry 259.00

3.212 List of Exhibits Docket Entry 260.00

3.213 Application for Emergency Ex Parte Order for Custody  Docket Entry 262.00

3.214 Order to Show Cause Docket Entry 263.10

    3.215  Post Judgement Motion for Modification Child Support, Custody Docket Entry 264.00

    3.216 Affidavit Concerning Children Docket Entry 265.00

    3.217 Court Order Docket Entry 266.00

    3.218 Modification of Judgement Docket Entry 266.10

    3.219 Motion to Intervene Docket Entry 267.00

    3.220 Order to Show Cause Docket Entry 267.10

    3.221 Motion to Intervene Docket Entry 267.11

    3.222 Motion to Intervene Docket Entry 268.00

    3.223  Order to Show Cause Docket Entry 268.10

    3.224 Motion to Intervene Docket Entry 268.11

    3.225 List of Exhibits Docket Entry 269.00

    3.226 Appeal to Appellate Court All Fees Paid Docket Entry 270.00

    3.227 Replace Record to Pleading status Docket Entry 270.10

4. All Transcripts already filed at the Appellate Court.

5. Appeal Form; and

6. Docketing Statement filed pursuant to § 63-4(a)(4).


i/s PLAIINTIFF-APPELLANT

Acting Pro Se: Theodora F. Antar.

856 Shagbark Drive

Orange, CT, 06477

E Mail:  theodoraantar@gmail.com

## **CERTIFICATION**

 Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of the

forgoing was sent electronically this 22TH day of June 2023, to  the

Defendant / Appellee

DEFENDANT / APPELLEE

MATTHEW J. LODICE

Acting Pro Se

48 QUARRY HILL ROAD

WATERBURY

06706

Email matthewlodice@gmail.com


 It  is  also  certified  that  this  document  has  been  redacted  or  does  not

contain  any  names  or  other  personal  identifying  information  that  is

prohibited  from  disclosure  by  rule,  statute,  court  order,  or  case  law.   It  is

also  certified  that this  document  complies  with  all  applicable  rules  of

appellate procedure.

>            PLAINTIFF-APPELLANT
>
>            BY:_____/S/_____
>             Acting Pro Se: Theodora F. Antar.
>             856 Shagbark Drive
>             Orange, CT, 06477
>     E Mail  theodoraantar@gmail.com

## <u>CERTIFICATION</u>

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of theforgoing was sent electronically this 22th day of June 2023 to Council for Defendant / Appellee

      MATTHEW J. LODICE

      Acting Pro Se

      48 QUARRY HILL ROAD

      WATERBURY

      06706

      Email matthewlodice@gmail.com

                 PLAINTIFF-APPELLANT

                 BY:_____/S/_____

                 Acting Pro Se: Theodora F. Antar.

                 856 Shagbark Drive

                 Orange, CT, 06477

           E Mail  theodoraantar@gmail.com