**COURT REPORTER'S/MONITOR'S APPEAL**
**TRANSCRIPT DELIVERY CERTIFICATE**
JD-ES-38B Rev. 4-17
P.B. §§ 63-8(c), 63-8A

**CONNECTICUT JUDICIAL BRANCH**
www.jud.ct.gov

| Notice of Appeal Transcript Order Number |
|---|
| AAN 1000032-AP |
| Docket Number |
| A05D-CR23-0190622S |

**Instructions:**
To be completed by Court Reporter/Monitor upon delivery of an appeal transcript, including an electronic version, or his or her entire assigned portion of the appeal transcript and distributed immediately as indicated on the bottom.

| Name of Case |
|---|
| State v. Matthew Lodice |
| Hearing Date(s) |
| 4-14-23 |
| Name(s) of Judge(s) |
| Scott Jones |
| Name of Person Ordering Transcript/Disk |
| Theodora Antar |
| Mailing Address of Person Ordering Transcript/Disk |
| 856 Shagbark Drive, Orange, CT 06477 |

| My Portion of the Appeal is Complete | An electronic version of all previously delivered transcripts has been produced and delivered pursuant to section 63-8A of the Practice Book |
|---|---|
| [X] Yes   [ ] No | [X] Yes   [ ] No   [ ] N/A |
| Total Number of Paper Pages Delivered | An electronic version of the paper transcript delivered with this certificate has been produced and delivered pursuant to section 63-8A of the Practice Book  [X] Yes  [ ] No  [ ] N/A |
| 21 | Type of Delivery: [X] Manual (signed receipt required)   [ ] Certified Mail - Return Receipt Requested |
| Date of Certified Mail or Manual Delivery | Name of Recording Reporter/Monitor |
| 6-21-23 | Pam Donnauro |
| Name of Transcribing Reporter/Monitor (If different) | Signature of Transcribing Reporter/Monitor | Date Signed |
|   | [signature] Pam Don | 6-21-23 |

---

This section may be used as a receipt for **Manual Deliveries**

| I acknowledge receipt of the appeal transcript described above. | Received For: Theodora Antar | |
|---|---|---|
| Received By (Print name): Theodora Antar | Signature of Recipient: [signature] | Date Signed: 6/23/23 |
| Transcribing Reporter/Monitor (Print name): | Signature of Transcribing Reporter/Monitor: | Date Signed: |

**DISTRIBUTION:** ORIGINAL - Supervisor of Court Transcript Services
COPY 1 - Official Court Reporter
COPY 2 - Ordering Party
COPY 3 - Court Reporter/Monitor