## State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com**  Logout

Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/17/2023 11:12:01 PM |
| **Current Status:** | Processing |

Transcript Details

| | | | |
|---|---|---|---|
| **Order ID:** | 21849 | | |
| **Proceeding** | Both | | |
| **Conducted:** | **Judicial District:** | | |
| NNH - New Haven | | **Case Name:** | |
| Antar V Lodice | | **Trial Docket Number:** | |
| NNH-FA-19-5046828S | | **Trial Court Location:** | |
| 235 Church | | **Case Type:** | |
| Family | | **Case Tried To:** | |
| Court | | **Appeal To:** | |
| Appellate Court | | **Appeal:** | |
| From judgment involving custody of minor children | | **Previous Transcript:** | |
| No | | **Person Ordering:** | |
| Theodora Antar | | **Email Address:** | |
| theodoraantar@gmail.com | | **Mailing Address:** | |
| 856 Shagbark Drive, Orange, CT, 06477 | | **Telephone Number:** | |
| 203-273-8419 | | **Relationship:** | |
| Plaintiff | | **Fee Waiver:** | |
| No | | **Hearing Dates:** | |

1) 11/07/2019 KLAU,DANIEL
2) 03/09/2022 AGUILAR,JENNIFER
3) 04/08/2022 GROSSMAN,JANE
4) 04/12/2022 PRICE-BORELAND,MAUREEN
5) 06/01/2022 GILMAN,FREDERIC
6) 06/28/2022 GROSSMAN,JANE
7) 06/29/2022 FERGUSON,MICHAEL
8) 12/01/2022 GROSSMAN,JANE
9) 03/27/2023 GROSSMAN,JANE
10) 04/05/2023 GROSSMAN,JANE

10) 01/05/2023 GROSSMAN,JANE

11) 05/25/2023 GROSSMAN,JANE

12) 06/15/2023 GROSSMAN,JANE

---

Return to Transcript Home

Copyright Judicial Branch © 2023

# State of Connecticut
# Judicial Branch

**E-Services Menu**

**E-Services Inbox**

**Transcript Home**

**Logged in User: Theodora Antar (Lookittstheo)** **E-Mail: Theodoraantar@gmail.com**  Logout

**Transcript Status**

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/17/2023 11:15:13 PM |
| **Current Status:** | Processing |

**Transcript Details**

**Order ID:** 21850

**Proceeding Conducted:** In-person

**Judicial District:**

HHB - New Britain

Lodice v Lodice

HHB-FA-13-4034032

20 Franklin Square

Family

Court

Appellate Court

From judgment involving custody of minor children

No

Theodora Antar

theodoraantar@gmail.com

856 shagbark drive, orange, ct, 06477

2032738419

n/a

No

  1) 10/02/2019

**Case Name:**

**Trial Docket Number:**

**Trial Court Location:**

**Case Type:**

**Case Tried To:**

**Appeal To:**

**Appeal:**

**Previous Transcript:**

**Person Ordering:**

**Email Address:**

**Mailing Address:**

**Telephone Number:**

**Relationship:**

**Fee Waiver:**

**Hearing Dates:**

Return to Transcript Home

Copyright Judicial Branch © 2023

## State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)** **E-Mail: Theodoraantar@gmail.com**  Logout

### Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/20/2023 9:02:52 PM |
| **Current Status:** | Processing |

### Transcript Details

| | | |
|---|---|---|
| **Order ID:** | 21867 | |
| **Proceeding** | In-person | |
| **Conducted:** | | **Judicial District:** |
| NNH - New Haven | | |
| Theodora F. Antar v. Matthew J. Lodice | | **Case Name:** |
| NNH-FA-19-6096801S | | **Trial Docket Number:** |
| 235 Church | | **Trial Court Location:** |
| Family | | **Case Type:** |
| Court | | **Case Tried To:** |
| Appellate Court | | **Appeal To:** |
| From judgment involving custody of minor children | | **Appeal:** |
| No | | **Previous Transcript:** |
| Theodora Antar | | **Person Ordering:** |
| theodoraantar@gmail.com | | **Email Address:** |
| 856 Shagbark Drive, Orange, CT, 06477 | | **Mailing Address:** |
| 2032738419 | | **Telephone Number:** |
| plaintiff | | **Relationship:** |
| No | | **Fee Waiver:** |
| | | **Hearing Dates:** |
| 1) 11/05/2019 GREEN,DONALD | | |

Return to Transcript Home

Copyright Judicial Branch © 2023

## State of Connecticut
# Judicial Branch

| E-Services Menu | **Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout |
|---|---|

**E-Services Inbox**

**Transcript Home**

### Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/20/2023 8:48:51 PM |
| **Current Status:** | Processing |

### Transcript Details

| | | |
|---|---|---|
| **Order ID:** | 21862 | |
| **Proceeding** | Unknown | |
| **Conducted:** | **Judicial District:** | |
| NNH - New Haven | | **Case Name:** |
| Theodora Antar v Matthew Lodice | | **Trial Docket Number:** |
| NNH-FA-21-5049981-S | | **Trial Court Location:** |
| 235 Church | | **Case Type:** |
| Family | | **Case Tried To:** |
| Court | | **Appeal To:** |
| Appellate Court | | **Appeal:** |
| From judgment involving custody of minor children | | **Previous Transcript:** |
| No | | **Person Ordering:** |
| Theodora Antar | | **Email Address:** |
| theodoraantar@gmail.com | | **Mailing Address:** |
| 856 Shagbark Drive, Orange, CT, 06477 | | **Telephone Number:** |
| 2032738419 | | **Relationship:** |
| plaintiff | | **Fee Waiver:** |
| No | | **Hearing Dates:** |

  1) 03/08/2021 PRICE-BORELAND,MAUREEN

---

### Return to Transcript Home

Copyright Judicial Branch © 2023

# State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)** **E-Mail: Theodoraantar@gmail.com**   Logout

Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/20/2023 8:50:56 PM |
| **Current Status:** | Processing |

Transcript Details

| | |
|---|---|
| **Order ID:** | 21863 |
| **Proceeding** | Unknown |
| **Conducted:** | **Judicial District:** |

NNH - New Haven

Theodora Antar v Matthew Lodice

NNH-FA-20-5049515-S

235 Church

Family

Court

Appellate Court

From judgment involving custody of minor children

No

Theodora Antar

theodoraantar@gmail.com

856 Shagbark Drive, Orange, CT, 06477

2032738419

plaintiff

No

**Case Name:**

**Trial Docket Number:**

**Trial Court Location:**

**Case Type:**

**Case Tried To:**

**Appeal To:**

**Appeal:**

**Previous Transcript:**

**Person Ordering:**

**Email Address:**

**Mailing Address:**

**Telephone Number:**

**Relationship:**

**Fee Waiver:**

**Hearing Dates:**

1) 12/29/2020 PRICE-BORELAND,MAUREEN

---

Return to Transcript Home

Copyright Judicial Branch © 2023



**State of Connecticut**
**Judicial Branch**

E-Services Menu

E-Services Inbox

Transcript Home

**Logged in User: Theodora Antar (Lookittstheo)** **E-Mail: Theodoraantar@gmail.com**  Logout

Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/20/2023 8:52:48 PM |
| **Current Status:** | Processing |

Transcript Details

| | |
|---|---|
| **Order ID:** | 21864 |
| **Proceeding** | In-person |
| **Conducted:** | **Judicial District:** |

NNH - New Haven
Theodora Antar v Matthew Lodice
NNH-FA-19-5046828S
235 Church
Family
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora Antar
theodoraantar@gmail.com
856 Shagbark Drive, Orange, CT, 06477
2032738419
plaintiff
No

 1) 09/12/2022 AGUILAR,JENNIFER

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

Return to Transcript Home

Copyright Judicial Branch © 2023

## State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout

### Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/20/2023 8:57:46 PM |
| **Current Status:** | Processing |

### Transcript Details

| | |
|---|---|
| **Order ID:** | 21865 |
| **Proceeding** | In-person |
| **Conducted:** | **Judicial District:** |

NNH - New Haven
Theodora Antar v Matthew Lodice
NNH-FA-225055233S
235 Church
Family
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora Antar
theodoraantar@gmail.com
856 Shagbark Drive, Orange, CT, 06477
2032738419
plaintiff
No

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

   1) 11/23/2022 GRIFFIN,CHRISTOPHER

---

### Return to Transcript Home

Copyright Judicial Branch © 2023



## State of Connecticut
# Judicial Branch

E-Services Menu

E-Services Inbox

Transcript Home

**Logged in User: Theodora Antar (Lookittstheo)** **E-Mail: Theodoraantar@gmail.com**  Logout

### Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/20/2023 8:47:05 PM |
| **Current Status:** | Processing |

### Transcript Details

| | |
|---|---|
| **Order ID:** | 21861 |
| **Proceeding** | Unknown |
| **Conducted:** | **Judicial District:** |

NNH - New Haven
Theodora F. Antar v. Matthew J. Lodice
NNH-FA-22-5052817
235 Church
Family
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora antar
theodoraantar@gmail.com
856 Shagbark Drive, Orange, CT, 06477
2032738419
plaintiff
No

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

1) 02/28/2022 GROSSMAN,JANE

Return to Transcript Home

Copyright Judicial Branch © 2023

# State of Connecticut
# Judicial Branch

E-Services Menu

E-Services Inbox

Transcript Home

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout

Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/20/2023 8:40:45 PM |
| **Current Status:** | Processing |

Transcript Details

| | | |
|---|---|---|
| **Order ID:** | 21859 | |
| **Proceeding Conducted:** | In-person | |
| | | **Judicial District:** |
| NNH - New Haven | | **Case Name:** |
| State v. Katagis | | **Trial Docket Number:** |
| NNH-CR-07-0075571-T | | **Trial Court Location:** |
| 235 Church | | **Case Type:** |
| Criminal | | **Case Tried To:** |
| Court | | **Appeal To:** |
| Appellate Court | | **Appeal:** |
| From judgment involving custody of minor children | | **Previous Transcript:** |
| No | | **Person Ordering:** |
| Theodora Antar | | **Email Address:** |
| theodoraantar@gmail.com | | **Mailing Address:** |
| 856 Shagbark Drive, Orange, CT, 06477 | | **Telephone Number:** |
| 2032738419 | | **Relationship:** |
| victim | | **Fee Waiver:** |
| No | | **Hearing Dates:** |

1) 06/04/2009 DAMIANI,RICHARD

---

Return to Transcript Home

Copyright Judicial Branch © 2023

# State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com**  Logout

### Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/20/2023 8:45:03 PM |
| **Current Status:** | Processing |

### Transcript Details

**Order ID:** 21860
**Proceeding Conducted:** Unknown
**Judicial District:**

AAN - Ansonia/Milford
State v Lodice
A05DCR230190622S
106 Elizabeth
Criminal
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora Antar
theodoraantar@gmail.com
856 Shagbark Drive, Orange, Ct, 06477
2032738419
victim
No

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

 1) 01/30/2023 JONES,SCOTT

 2) 03/01/2023 JONES,SCOTT

 3) 03/29/2023 JONES,SCOTT

 4) 04/14/2023 JONES,SCOTT

 5) 05/01/2023 JONES,SCOTT

Return to Transcript Home

Copyright Judicial Branch © 2023



## State of Connecticut
# Judicial Branch

E-Services Menu

E-Services Inbox

Transcript Home

**Logged in User: Theodora Antar (Lookittstheo)** **E-Mail: Theodoraantar@gmail.com** Logout

Transcript Status

**Type:**              JD-ES-38
**Date Requested:**     6/20/2023 8:22:38 PM
**Current Status:**     Processing

Transcript Details

**Order ID:**           21857
**Proceeding**         In-person
**Conducted:**          **Judicial District:**

NNH - New Haven                                              **Case Name:**
Theodora F. Antar v. Gerald Viglione                        **Trial Docket Number:**
NNH-FA16-4068691-S                                          **Trial Court Location:**
235 Church                                                  **Case Type:**
Family                                                      **Case Tried To:**
Court                                                       **Appeal To:**
Appellate Court                                             **Appeal:**
From judgment involving custody of minor children           **Previous Transcript:**
No                                                          **Person Ordering:**
Theodora Antar                                              **Email Address:**
theodoraantar@gmail.com                                     **Mailing Address:**
856 Shagbark Drive, Orange, CT, 06477                       **Telephone Number:**
203-273-8419                                                **Relationship:**
plaintiff                                                   **Fee Waiver:**
No                                                          **Hearing Dates:**

 1) 10/11/2022 GROSSMAN,JANE

Return to Transcript Home

Copyright Judicial Branch © 2023

## State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout

Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/20/2023 8:38:04 PM |
| **Current Status:** | Processing |

Transcript Details

**Order ID:**  21858
**Proceeding Conducted:**  In-person

**Judicial District:**

NNH - New Haven
Mark Wachter v. Theodora Antar
NNH-FA-23-5056534-S
235 Church
Family
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora Antar
theodoraantar@gmail.com
856 Shagbark Drive, Orange, CT, 06477
2032738419
respondent
No

1) 04/24/2023 GROSSMAN,JANE

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

Return to Transcript Home

Copyright Judicial Branch © 2023

# State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout

## Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/20/2023 9:00:38 PM |
| **Current Status:** | Processing |

## Transcript Details

| | |
|---|---|
| **Order ID:** | 21866 |
| **Proceeding Conducted:** | In-person |
| | **Judicial District:** |

NNH - New Haven
Theodora F. Antar
NNH-FA-19-5046828S
235 Church
Family
Court
Appellate Court
From judgment involving custody of minor children
No
Theodora Antar
theodoraantar@gmail.com
856 Shagbark Drive, Orange, CT, 06477
2032738419
plaintiff
No

**Case Name:**
**Trial Docket Number:**
**Trial Court Location:**
**Case Type:**
**Case Tried To:**
**Appeal To:**
**Appeal:**
**Previous Transcript:**
**Person Ordering:**
**Email Address:**
**Mailing Address:**
**Telephone Number:**
**Relationship:**
**Fee Waiver:**
**Hearing Dates:**

1) 11/07/2019 KLAU,DANIEL

Return to Transcript Home

Copyright Judicial Branch © 2023



**State of Connecticut**
# Judicial Branch

E-Services Menu

E-Services Inbox

Transcript Home

**Logged in User: Theodora Antar (Lookittstheo)E-Mail: Theodoraantar@gmail.com** Logout

**Instructions:** Welcome to your transcript requests. You can use this page to add a new transcript request or to review existing ones. How Do I...

Choose a transcript type to start your request:   Choose a Transcript Type   ⇕

Start Transcript Request

**Pending Requests:** 14

| Date Requested | Type | Case Name | Request Details | Status | |
|---|---|---|---|---|---|
| 06/20/2023 | JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 11-05-2019 GREEN, DONALD **Docket No:** NNH-FA-19-6096801S | Processing | View |
| 06/20/2023 | JD-ES-38 | Theodora F. Antar | **Dates Ordered:** 11-07-2019 KLAU, DANIEL **Docket No:** NNH-FA-19-5046828S | Processing | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 11-23-2022 GRIFFIN, CHRISTOPHER **Docket No:** NNH-FA-225055233S | Processing | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 09-12-2022 AGUILAR, JENNIFER **Docket No:** NNH-FA-19-5046828S | Processing | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 12-29-2020 PRICE-BORELAND, MAUREEN **Docket No:** NNH-FA-20-5049515-S | Processing | View |
| 06/20/2023 | JD-ES-38 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 03-08-2021 PRICE-BORELAND, MAUREEN **Docket No:** NNH-FA-21-5049981-S | Processing | View |
| 06/20/2023 | JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 02-28-2022 GROSSMAN, JANE | Processing | View |

| | | | **Docket No:** NNH-FA-22-5052817 | | |
|---|---|---|---|---|---|
| 06/20/2023 | JD-ES-38 | State v Lodice | **Dates Ordered:** 01-30-2023 JONES, SCOTT 03-01-2023 JONES, SCOTT 03-29-2023 JONES, SCOTT 04-14-2023 JONES, SCOTT 05-01-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Processing | View |
| 06/20/2023 | JD-ES-38 | State v. Katagis | **Dates Ordered:** 06-04-2009 DAMIANI, RICHARD **Docket No:** NNH-CR-07-0075571-T | Processing | View |
| 06/20/2023 | JD-ES-38 | Mark Wachter v. Theodora Antar | **Dates Ordered:** 04-24-2023 GROSSMAN, JANE **Docket No:** NNH-FA-23-5056534-S | Processing | View |
| 06/20/2023 | JD-ES-38 | Theodora F. Antar v. Gerald Viglione | **Dates Ordered:** 10-11-2022 GROSSMAN, JANE **Docket No:** NNH-FA16-4068691-S | Processing | View |
| 06/17/2023 | JD-ES-38 | LODICE, MONICA V. LODICE, MATTHEW, J | **Dates Ordered:** 10-02-2019 ABERY-WETSTONE, HOLLY **Docket No:** HHB-FA-13-4034032-S | Processing | View |
| 06/17/2023 | JD-ES-38 | Antar V Lodice | **Dates Ordered:** 11-07-2019 KLAU, DANIEL 03-09-2022 AGUILAR, JENNIFER 04-08-2022 GROSSMAN, JANE 04-12-2022 PRICE-BORELAND, MAUREEN 06-01-2022 GILMAN, FREDERIC 06-28-2022 GROSSMAN, JANE 06-29-2022 FERGUSON, MICHAEL 12-01-2022 GROSSMAN, JANE 03-27-2023 GROSSMAN, JANE 04-05-2023 GROSSMAN, JANE 05-25-2023 GROSSMAN, JANE 06-15-2023 GROSSMAN, JANE **Docket No:** NNH-FA-19- | Processing | View |

| Date | Type | Case Name | Request Details | Status | |
|------|------|-----------|-----------------|--------|--|
| | | | 5046828S | | |
| 06/15/2023 | JD-ES-262 | Antar v Iodice | **Dates Ordered:** 06-15-2023 GROSSMAN, JANE **Docket No:** Nnhfa195046828 | Processing | <u>View</u> |

**Completed Requests:** 19 requests displayed out of 27 total

| Date Completed | Type | Case Name | Request Details | Status | |
|----------------|------|-----------|-----------------|--------|--|
| 06/15/2023 | JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 06-15-2023 GROSSMAN, JANE **Docket No:** Nnh-fa-19-5046828s | Request cancelled | <u>View</u> |
| 06/08/2023 | JD-ES-262 | Monica Lodice v Matthew Lodice | **Dates Ordered:** 10-02-2019 **Docket No:** HHB-FA13-4034032-S˙ | Order Finished | <u>View</u> |
| 06/08/2023 | JD-ES-262 | State v Katagis | **Dates Ordered:** 06-04-2009 **Docket No:** NNH-CR-07-0075571-T | Order Finished | <u>View</u> |
| 06/08/2023 | JD-ES-262 | Mark Wachter v. Theodora Antar | **Dates Ordered:** 04-24-2023 GROSSMAN, JANE **Docket No:** NNH-FA23-5056534-S | Order Finished | <u>View</u> |
| 06/08/2023 | JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 10-27-2022 GROSSMAN, JANE **Docket No:** NNHFA195046828S | Request cancelled | <u>View</u> |
| 06/01/2023 | JD-ES-262 | Theodora Antar v Gerald Viglione | **Dates Ordered:** 10-11-2022 GROSSMAN, JANE **Docket No:** NNH-FA16-4068691-S˙ | Order Finished | <u>View</u> |
| 06/01/2023 | JD-ES-262 | state v Iodice | **Dates Ordered:** 04-14-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | <u>View</u> |
| 06/01/2023 | JD-ES-262 | state v Iodice | **Dates Ordered:** 03-29-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished | <u>View</u> |
| 06/01/2023 | JD-ES-262 | state v Iodice | **Dates Ordered:** 05-01-2023 JONES, SCOTT **Docket No:** | Order Finished | <u>View</u> |

| | | A05DCR230190622S | |
|---|---|---|---|
| 06/01/2023 JD-ES-262 | State V Lodice | **Dates Ordered:** 03-01-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished  View |
| 06/01/2023 JD-ES-262 | State V Lodice | **Dates Ordered:** 01-30-2023 JONES, SCOTT **Docket No:** A05DCR230190622S | Order Finished  View |
| 06/01/2023 JD-ES-262 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 02-25-2022 GROSSMAN, JANE 02-28-2022 **Docket No:** FA-22-5052817 | Order Finished  View |
| 05/31/2023 JD-ES-262 | Theodora Antar v Matthew Lodice | **Dates Ordered:** 03-08-2021 PRICE-BORELAND, MAUREEN **Docket No:** NNH-FA-21-5049981-S | Order Finished  View |
| 05/31/2023 JD-ES-262 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 12-29-2020 PRICE-BORELAND, MAUREEN **Docket No:** NNH-FA20-5049515-S | Order Finished  View |
| 05/31/2023 JD-ES-38 | Theodora F. Antar v. Matthew J. Lodice | **Dates Ordered:** 05-25-2023 GROSSMAN, JANE **Docket No:** NNH-FA19-5046828-S | Request cancelled  View |
| 05/22/2023 JD-ES-262 | Antar, Theodora F. Vs. Lodice, Matthew J. | **Dates Ordered:** 09-12-2022 AGUILAR, JENNIFER 11-23-2022 GRIFFIN, CHRISTOPHER 12-01-2022 GROSSMAN, JANE 01-30-2023 JONES, SCOTT 03-01-2023 JONES, SCOTT 03-27-2023 GROSSMAN, JANE 03-29-2023 JONES, SCOTT 04-05-2023 GROSSMAN, JANE 04-14-2023 JONES, SCOTT 05-01-2023 JONES, SCOTT 05-25-2023 GROSSMAN, JANE **Docket No:** NNH-FA19-5046828-S | Order Finished     View |
| 07/28/2022 JD-ES-262 | Antar, Theodora F. Vs Lodice, Matthew J. | **Dates Ordered:** 03-09-2022 AGUILAR, JENNIFER | Order Finished |

| | | | | |
|---|---|---|---|---|
| | | Lodice, Matthew J. | Roberto, Danner L. | Finished | View |
| 07/25/2022 JD-ES-262 | Antar, Theodora F. Vs. Lodice, Matthew J. | **Dates Ordered:** 11-07-2019 KLAU, DANIEL 04-08-2022 GROSSMAN, JANE 04-12-2022 PRICE-BORELAND, MAUREEN 06-01-2022 GILMAN, FREDERIC 06-28-2022 GROSSMAN, JANE 06-29-2022 FERGUSON, MICHAEL **Docket No:** NNH-FA19-5046828-S | Order Finished | View |
| 07/25/2022 JD-ES-262 | Antar, Theodora F. Vs. Lodice, Matthew J. | **Dates Ordered:** 11-05-2019 GREEN, DONALD **Docket No:** NNH-FA19-6096801-S | Order Finished | View |

Copyright Judicial Branch © 2023

## State of Connecticut
# Judicial Branch

**Logged in User: Theodora Antar (Lookittstheo)** E-Mail: **Theodoraantar@gmail.com**   Logout

### Transcript Status

| | |
|---|---|
| **Type:** | JD-ES-38 |
| **Date Requested:** | 6/22/2023 3:46:53 PM |
| **Current Status:** | Processing |

### Transcript Details

| | | |
|---|---|---|
| **Order ID:** | 21879 | |
| **Proceeding** | Unknown | |
| **Conducted:** | **Judicial District:** | |
| AAN - Ansonia/Milford | | **Case Name:** |
| State v Lodice | | **Trial Docket Number:** |
| A05DCR230190622S | | **Trial Court Location:** |
| 106 Elizabeth | | **Case Type:** |
| Criminal | | **Case Tried To:** |
| Court | | **Appeal To:** |
| Appellate Court | | **Appeal:** |
| From judgment involving custody of minor children | | **Previous Transcript:** |
| No | | **Person Ordering:** |
| Theodora Antar | | **Email Address:** |
| Theodotaantar@gmail.com | | **Mailing Address:** |
| 856 Shagbark Drive | | **Telephone Number:** |
| 2032738419 | | **Relationship:** |
| Victim | | **Fee Waiver:** |
| No | | **Hearing Dates:** |

1) 06/22/2023 JONES,SCOTT

Return to Transcript Home

Copyright Judicial Branch © 2023

## <u>CERTIFICATION</u>

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of the forgoing was sent electronically this 22nd day of June, 2023, to:  Matthew J. Lodice, acting pro se, 48 Quarry Hill rd, Waterbury, Ct, 06706, matthewlodice@gmail.com.  It is also certified that this document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law.  It is also certified that this document complies with all applicable rules of appellate procedure.

PLAINTIFF-APPELLANT


BY:        /S/
**Acting Pro Se: Theodora F. Antar.**
856 Shagbark Drive
Orange, CT, 06477
theodoraantar@gmail.com

**AC46588**                                          **APPELLATE COURT**

**Theodora F.**
**Antar**                                            **STATE OF CONNECTICUT**
  **Plaintiff /**
  **Appellee**

            V

**Matthew J Lodice**

**Defendant / Appellant**                  **DATE   JUNE 22, 2023**

## CERTIFICATE REGARDING TRANSCRIPT

Pursuant to Practice Book § 63-4 (a) (2), the plaintiff-appellant

states he has ordered a copy of all proceedings, as detailed in the attached

Notice of Appeal Transcript Order.  A copy of the court reporter's

acknowledgment thereof will be forwarded when received.


                        PLAINTIFF-APPELLANT


                        BY:   _____/S/_____
                        **Acting** Pro Se: Theodora F. Antar.
                        856 Shagbark Drive
                        Orange, CT, 06477
                        theodoraantar@gmail.com


## CERTIFICATION

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of

the forgoing was sent electronically this  22nd day of June, 2023, to:

MATTHEW J. LODICE
Acting Pro Se
48 QUARRY HILL ROAD, WATERBURY, CT, 06706
Email matthewlodice@gmail.com

It is also certified that this document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law.  It is also certified that this document complies with all applicable rules of appellate procedure.


PLAINTIFF-APPELLANT


BY: _____/S/_____
Acting Pro Se: Theodora F. Antar.
856 Shagbark Drive
Orange, CT, 06477
theodoraantar@gmail.com