# APPELLATE COURT

# STATE OF CONNECTICUT

AC 46588

THEODORA F. ANTAR

v.

MATTHEW J. LODICE

June 23, 2023

# O R D E R

    The defendant-appellee Mathew J. Lodice has not complied with Practice Book § 60-7 (c), in that the defendant-appellee Mathew J. Lodice does not have an account with e-services and did not submit an Appellate Electronic Access Form (JD-AC-015) on or before June 22, 2023.  It is hereby ordered, sua sponte, that the defendant-appellee Mathew J. Lodice will not receive electronic or paper notice on any notifications issued in this matter and notice will be limited to information publicly available on the Judicial Branch website unless the defendant-appellee Mathew J. Lodice files a properly completed Appellate Electronic Access Form on or before **July 3, 2023**.  A fillable pdf version of form JD-AC-015 can be found at: www.jud.ct.gov/webforms/forms/ac015.pdf.

    The provision of Practice Book Section 62-7, which allows any papers correcting a noncomplying filing to be deemed timely filed if resubmitted within fifteen days does not apply to this order.

By the Court,

_____/s/_____
Sarah Hanna
Assistant Clerk-Appellate

**Notice Sent**: June 23, 2023
Counsel of Record                                              220605