**COURT REPORTER'S/MONITOR'S APPEAL TRANSCRIPT DELIVERY CERTIFICATE**
JD-ES-38B Rev. 4-17
P.B. §§ 63-8(c), 63-8A

| Notice of Appeal Transcript Order Number |
|---|
| HHB 1000118-AP |
| Docket Number |
| HHB-FA-13-4034032-S |

**CONNECTICUT JUDICIAL BRANCH**
www.jud.ct.gov

**Instructions:**
To be completed by Court Reporter/Monitor upon delivery of an appeal transcript, including an electronic version, or his or her entire assigned portion of the appeal transcript and distributed immediately as indicated on the bottom.

**Name of Case**
LODICE, MONICA V. LODICE, MATTHEW, J

**Hearing Date(s)**
10/2/2019

**Name(s) of Judge(s)**
The Honorable Holly Abery-Wetstone

**Name of Person Ordering Transcript/Disk**
Theodora Antar

**Mailing Address of Person Ordering Transcript/Disk**
856 shagbark drive, orange, ct, 06477

**My Portion of the Appeal is Complete**
[X] Yes  [ ] No

An electronic version of all previously delivered transcripts has been produced and delivered pursuant to section 63-8A of the Practice Book  [X] Yes  [ ] No  [ ] N/A

**Total Number of Paper Pages Delivered**
33

An electronic version of the paper transcript delivered with this certificate has been produced and delivered pursuant to section 63-8A of the Practice Book  [X] Yes  [ ] No  [ ] N/A

**Type of Delivery**
[X] Manual (signed receipt required)   [ ] Certified Mail - Return Receipt Requested

**Date of Certified Mail or Manual Delivery**
06/22/2023

**Name of Recording Reporter/Monitor**
Deb Quigley

**Name of Transcribing Reporter/Monitor (if different)**
Gabrielle Myska

**Signature of Transcribing Reporter/Monitor**
[signature]

**Date Signed**
06/22/2023

---

This section may be used as a receipt for **Manual Deliveries**

I acknowledge receipt of the appeal transcript described above.

**Received For:** Theodora Antar

**Received By (Print name):** Theodora Antar

**Signature of Recipient:** [signature]

**Date Signed:** 6.28.23

**Transcribing Reporter/Monitor (Print name):** Gabrielle Myska

**Signature of Transcribing Reporter/Monitor:** [signature]

**Date Signed:** 06/22/2023

---

DISTRIBUTION:  ORIGINAL - Supervisor of Court Transcript Services
COPY 1 - Official Court Reporter
COPY 2 - Ordering Party
COPY 3 - Court Reporter/Monitor