## Notice of Appeal Transcript Order

**Section 1:**

**Name of Case:** LODICE, MONICA V. LODICE, MATTHEW, J
**External ID:** 1022081
**Transcript Number:** HHB-1000118-AP
**Proceeding conducted:** In-person
**Case Type:** Family
**Judicial District of:** New Britain
**Trial Court Location:** 20 Franklin Square
**Hearing Dates of transcript being ordered:** 10/2/2019 ABERY-WETSTONE, HOLLY
**Trial Court Docket Number:** HHB-FA-13-4034032-S
**Case Tried To:** Court
**Appeal To:** Appellate Court
**Appeal:**

◯ From judgment in juvenile matters concerning termination of Parental Rights

◯ From judgment in juvenile matters other than termination of Parental Rights

  From a criminal judgment where defendant is incarcerated

◯ From a criminal judgment where defendant is not incarcerated

◯ From court closure order

◯ Involving the public interest

◉ From judgment involving custody of minor children

◯ From all other judgments

**An electronic version of a previously delivered transcript is being ordered:** Yes
Describe in detail, including specific dates, the parts of the proceedings for which a transcript is being ordered.
If you are ordering an electronic version of a previously delivered transcript, indicate that the paper transcript already was delivered.
already ordered this. now need certified for appeal
**Name of Person Ordering Transcript:** Theodora Antar
**Email Address:** theodoraantar@gmail.com
**Mailing Address:** 856 shagbark drive, orange, ct, 06477
**Telephone Number:** 2032738419
**Relationship:** n/a
**Fee Waiver:** No
**Please note:** Payment arrangements must be reached with the transcriber before a completed transcript will be delivered.
**Notes:**
**Submitted Date:** 6/17/2023 11:15:13 PM

### Section 2. Official Court Reporter's Appeal Transcript Order Acknowledgement
(Completed by Official Court Reporter after satisfactory financial arrangements have been made pursuant to Section 63-8 of the Connecticut Practice Book.)

| Name(s) of Report(s)/Monitor(s) | Name(s) of Transcribing Reporter(s)/Monitor(s) | Hearing Date | Estimated number of pages | Only electronic version of previously delivered transcripts? | Number of pages previously delivered | Estimated delivery date |
|---|---|---|---|---|---|---|
| QUIGLEY - R, DEBORAH | MYSKA, GABRIELLE | 10/02/2019 | 33 | YES | 33 | 06/23/2023 |

| Total estimated pages | Total previously delivered pages | Final Estimated delivery date |
|---|---|---|
| 33 | 33 | 06/23/2023 |

Name of Case: LODICE, MONICA V. LODICE, MATTHEW, J

| Name of Official Court Reporter: | Signature of Official Court Reporter: | Date Signed: |
|---|---|---|
| | | |

## Order Acknowledgement

**Section 3. Official Court Reporter's Certificate of Completion** (Completed by Official Court Reporter upon delivery of the entire transcript ordered above.)

| Actual number of pages in entire Appeal Transcript: 33 | Date of final delivery (Practice Book Section 63-8(c)): 6/23/2023 |
|---|---|

This certificate is filed as required by Practice Book Section 63-8

Signature of Official Court Reporter: *BonnieLaRosa*      Date Signed: 6-26-23

## Section 4.

**Certification of Service by Ordering Party**   (Ordering party to file completed certificate with the Appellate Clerk)

I certify that a copy of the above Certificate of Completion was served on all counsel and self-represented parties of record

Signature of ordering party: *[signature]*      Date Signed: 6-28-23

**COURT REPORTER'S/MONITOR'S APPEAL TRANSCRIPT DELIVERY CERTIFICATE**
JD-ES-38B Rev. 4-17
P.B. §§ 63-8(c), 63-8A

**CONNECTICUT JUDICIAL BRANCH**
www.jud.ct.gov

| Notice of Appeal Transcript Order Number |
|---|
| HHB 1000118-AP |
| Docket Number |
| HHB-FA-13-4034032-S |

**Instructions:**
To be completed by Court Reporter/Monitor upon delivery of an appeal transcript, including an electronic version, or his or her entire assigned portion of the appeal transcript and distributed immediately as indicated on the bottom.

**Name of Case:** LODICE, MONICA V. LODICE, MATTHEW, J

**Hearing Date(s):** 10/2/2019

**Name(s) of Judge(s):** The Honorable Holly Abery-Wetstone

**Name of Person Ordering Transcript/Disk:** Theodora Antar

**Mailing Address of Person Ordering Transcript/Disk:** 856 shagbark drive, orange, ct, 06477

**My Portion of the Appeal is Complete:** [X] Yes [ ] No

An electronic version of all previously delivered transcripts has been produced and delivered pursuant to section 63-8A of the Practice Book [X] Yes [ ] No [ ] N/A

**Total Number of Paper Pages Delivered:** 33

An electronic version of the paper transcript delivered with this certificate has been produced and delivered pursuant to section 63-8A of the Practice Book [X] Yes [ ] No [ ] N/A

**Type of Delivery:** [X] Manual (signed receipt required) [ ] Certified Mail - Return Receipt Requested

**Date of Certified Mail or Manual Delivery:** 06/22/2023

**Name of Recording Reporter/Monitor:** Deb Quigley

**Name of Transcribing Reporter/Monitor (if different):** Gabrielle Myska

**Signature of Transcribing Reporter/Monitor:** [signature]

**Date Signed:** 06/22/2023

---

**This section may be used as a receipt for Manual Deliveries**

I acknowledge receipt of the appeal transcript described above.

**Received By (Print name):** Theodora Antar
**Received For:** Theodora Antar
**Signature of Recipient:** [signature]
**Date Signed:** 6.28.23

**Transcribing Reporter/Monitor (Print name):** Gabrielle Myska
**Signature of Transcribing Reporter/Monitor:** [signature]
**Date Signed:** 06/22/2023

**DISTRIBUTION:**
ORIGINAL - Supervisor of Court Transcript Services
COPY 1 - Official Court Reporter
COPY 2 - Ordering Party
COPY 3 - Court Reporter/Monitor