## Notice of Appeal Transcript Order

**Section 1:**

**Name of Case:** State v Lodice
**External ID:** 1022081
**Transcript Number:** AAN-1000033-AP
**Proceeding conducted:** Unknown
**Case Type:** Criminal
**Judicial District of:** Ansonia/Milford
**Trial Court Location:** 106 Elizabeth
**Hearing Dates of transcript being ordered:** 6/22/2023 JONES, SCOTT
**Trial Court Docket Number:** A05DCR230190622S
**Case Tried To:** Court
**Appeal To:** Appellate Court
**Appeal:**

From judgment in juvenile matters concerning termination of Parental Rights

From judgment in juvenile matters other than termination of Parental Rights

From a criminal judgment where defendant is incarcerated

From a criminal judgment where defendant is not incarcerated

From court closure order

Involving the public interest

From judgment involving custody of minor children

From all other judgments

**An electronic version of a previously delivered transcript is being ordered:** No
Describe in detail, including specific dates, the parts of the proceedings for which a transcript is being ordered.
If you are ordering an electronic version of a previously delivered transcript, indicate that the paper transcript already was delivered.
Everything from today with this defendant
**Name of Person Ordering Transcript:** Theodora Antar
**Email Address:** Theodotaantar@gmail.com
**Mailing Address:** 856 Shagbark Drive
**Telephone Number:** 2032738419
**Relationship:** Victim
**Fee Waiver:** No
**Please note:** Payment arrangements must be reached with the transcriber before a completed transcript will be delivered.
**Notes:**
**Submitted Date:** 6/22/2023 3:46:53 PM

**Section 2. Official Court Reporter's Appeal Transcript Order Acknowledgement**
(Completed by Official Court Reporter after satisfactory financial arrangements have been made pursuant to Section 63-8 of the Connecticut Practice Book.)

| Name(s) of Report(s)/Monitor(s) | Name(s) of Transcribing Reporter(s)/Monitor(s) | Hearing Date | Estimated number of pages | Only electronic version of previously delivered transcripts? | Number of pages previously delivered | Estimated delivery date |
|---|---|---|---|---|---|---|
| SPERINGO , TONIA | SPERINGO , TONIA | 06/22/2023 | 2 | | 0 | 07/05/2023 |

| Total estimated pages | Total previously delivered pages | Final Estimated delivery date |
|---|---|---|
| 2 | 0 | 07/05/2023 |

**Name of Case:** State v Lodice

| Name of Official Court Reporter: Stephanie Charboneau | Signature of Official Court Reporter: [signature] | Date Signed: 6/29/2023 |

---

**Order Acknowledgement**

**Section 3. Official Court Reporter's Certificate of Completion** (Completed by Official Court Reporter upon delivery of the entire transcript ordered above.)

| Actual number of pages in entire Appeal Transcript: 0 | Date of final delivery (Practice Book Section 63-8(c)): |

This certificate is filed as required by Practice Book Section 63-8

| Signature of Official Court Reporter: | Date Signed: |

---

**Section 4.**

**Certification of Service by Ordering Party** (Ordering party to file completed certificate with the Appellate Clerk)

I certify that a copy of the above Certificate of Completion was served on all counsel and self-represented parties of record

| Signature of ordering party: [signature] | Date Signed: 7.3.23 |