## Notice of Appeal Transcript Order

### Section 1:

**Name of Case:** State v Lodice
**External ID:** 1022081
**Transcript Number:** AAN-1000032-AP
**Proceeding conducted:** Unknown
**Case Type:** Criminal
**Judicial District of:** Ansonia/Milford
**Trial Court Location:** 106 Elizabeth
**Hearing Dates of transcript being ordered:** 1/30/2023 JONES, SCOTT 3/1/2023 JONES, SCOTT 3/29/2023 JONES, SCOTT 4/14/2023 JONES, SCOTT 5/1/2023 JONES, SCOTT
**Trial Court Docket Number:** A05DCR230190622S
**Case Tried To:** Court
**Appeal To:** Appellate Court
**Appeal:**

- ☐ From judgment in juvenile matters concerning termination of Parental Rights
- ☐ From judgment in juvenile matters other than termination of Parental Rights
- ☐ From a criminal judgment where defendant is incarcerated
- ☐ From a criminal judgment where defendant is not incarcerated
- ☐ From court closure order
- ☐ Involving the public interest
- ☒ From judgment involving custody of minor children
- ☐ From all other judgments

**An electronic version of a previously delivered transcript is being ordered:** No
Describe in detail, including specific dates, the parts of the proceedings for which a transcript is being ordered.
If you are ordering an electronic version of a previously delivered transcript, indicate that the paper transcript already was delivered.
already got this. need this for appeal now
**Name of Person Ordering Transcript:** Theodora Antar
**Email Address:** theodoraantar@gmail.com
**Mailing Address:** 856 Shagbark Drive, Orange, Ct, 06477
**Telephone Number:** 2032738419
**Relationship:** victim
**Fee Waiver:** No
**Please note:** Payment arrangements must be reached with the transcriber before a completed transcript will be delivered.
**Notes:**
**Submitted Date:** 6/20/2023 8:45:03 PM

### Section 2. Official Court Reporter's Appeal Transcript Order Acknowledgement
(Completed by Official Court Reporter after satisfactory financial arrangements have been made pursuant to Section 63-8 of the Connecticut Practice Book.)

| Name(s) of Report(s)/Monitor(s) | Name(s) of Transcribing Reporter(s)/Monitor(s) | Hearing Date | Estimated number of pages | Only electronic version of previously delivered transcripts? | Number of pages previously delivered | Estimated delivery date |
|---|---|---|---|---|---|---|
| REYES, JESSICA | REYES, JESSICA | 01/30/2023 | 18 | YES | 18 | 06/22/2023 |
| REYES, JESSICA | REYES, JESSICA | 03/29/2023 | 9 | YES | 9 | 06/22/2023 |
| NICHOLS, MICHELE | CHARBONEAU, STEPHANIE | 03/01/2023 | 23 | YES | 23 | 06/30/2023 |
| NICHOLS, MICHELE | CHARBONEAU, STEPHANIE | 05/01/2023 | 52 | YES | 52 | 06/30/2023 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DONNAURO, PAMELA | DONNAURO, PAMELA | 04/14/2023 | 21 | YES | 21 | 06/21/2023 |

| Total estimated pages | Total previously delivered pages | Final Estimated delivery date |
|---|---|---|
| 123 | 123 | 06/30/2023 |

Name of Case: State v Lodice

Name of Official Court Reporter: Stephanie Charboneau

Signature of Official Court Reporter: [signature]

Date Signed: 6/27/23

## Order Acknowledgement

**Section 3. Official Court Reporter's Certificate of Completion** (Completed by Official Court Reporter upon delivery of the entire transcript ordered above.)

| Actual number of pages in entire Appeal Transcript: 123 | Date of final delivery (Practice Book Section 63-8(c)): 6/29/2023 |
|---|---|

This certificate is filed as required by Practice Book Section 63-8

Signature of Official Court Reporter: [signature]

Date Signed: 6/29/23

### Section 4.

**Certification of Service by Ordering Party**   (Ordering party to file completed certificate with the Appellate Clerk)

I certify that a copy of the above Certificate of Completion was served on all counsel and self-represented parties of record

Signature of ordering party: [signature]

Date Signed: 7/4/23

| COURT REPORTER'S/MONITOR'S APPEAL TRANSCRIPT DELIVERY CERTIFICATE | Notice of Appeal Transcript Order Number |
|---|---|
| JD-ES-38B  Rev. 4-17<br>P.B. §§ 63-8(c), 63-8A | AAN-1000032-AP |
| | Docket Number |
| | A05D-CR23-0190622-S |

**CONNECTICUT JUDICIAL BRANCH**
www.jud.ct.gov

Instructions:
To be completed by Court Reporter/Monitor upon delivery of an appeal transcript, including an electronic version, or his or her entire assigned portion of the appeal transcript and distributed immediately as indicated on the bottom.

Name of Case
**State v. Matthew Lodice**

Hearing Date(s)
**3/1/23 & 5/1/23**

Name(s) of Judge(s)
**Scott Jones, Judge**

Name of Person Ordering Transcript/Disk
**Theodora Antar**

Mailing Address of Person Ordering Transcript/Disk
**856 Shagbark Drive, Orange, CT 06477**

My Portion of the Appeal is Complete
[X] Yes   [ ] No

An electronic version of all previously delivered transcripts has been produced and delivered pursuant to section 63-8A of the Practice Book
[X] Yes   [ ] No   [ ] N/A

Total Number of Paper Pages Delivered
**75**

An electronic version of the paper transcript delivered with this certificate has been produced and delivered pursuant to section 63-8A of the Practice Book
[ ] Yes   [ ] No   [X] N/A

Type of Delivery
[X] Manual (signed receipt required)   [ ] Certified Mail - Return Receipt Requested

Date of Certified Mail or Manual Delivery
**06/29/2023**

Name of Recording Reporter/Monitor
**Michele Nichols**

Signature of Transcribing Reporter/Monitor *(signed)*

Date Signed
**06/29/2023**

Name of Transcribing Reporter/Monitor (If different)
**Stephanie Charboneau**

---

This section may be used as a receipt for **Manual Deliveries**

I acknowledge receipt of the appeal transcript described above.

Received For: *Theodora Antar*

Received By (Print name): *Theodora Antar*

Signature of Recipient: *(signed)*

Date Signed: **7/4/23**

Transcribing Reporter/Monitor (Print name):

Signature of Transcribing Reporter/Monitor:

Date Signed:

DISTRIBUTION:   ORIGINAL - Supervisor of Court Transcript Services
COPY 1 - Official Court Reporter
**COPY 2 - Ordering Party**
COPY 3 - Court Reporter/Monitor