| | |
|---|---|
| AC46588 | APPELLATE COURT |
| **Theodora F. Antar** | STATE OF CONNECTICUT |
| **Plaintiff / Appellant** | |
| v. | |
| **Matthew J Lodice** | |
| **Defendant / Appellee** | DATE   JULY 4, 2023 |

## DOCKETING STATEMENT

The Appellant submits the following docketing information pursuant to Sec. 63-4:

A. Names and address of all parties to the appeal and their trial and appellate counsel:

PLAIINTIFF-APPELLANT

Acting Pro Se: Theodora F. Antar.

856 Shagbark Drive

Orange, CT, 06477

E Mail:  theodoraantar@gmail.com

DEFENDANT / APPELLEE

MATTHEW J. LODICE

Acting Pro Se

48 QUARRY HILL ROAD

WATERBURY, CT

06706

Email matthewlodice@gmail.com

GOVERNMENT ENTITY

Appearance for: IV-D Child Support Only

Office of Child Support Services

Office of Child Support Services A (104016)

Dept of Social Services

50 Humphrey Street

New Haven, CT, 06513

GOVERNMENT ENTITY

SUPPORT ENFORCEMENT (FAMILY) Juris: 104033
 SES-NEW HAVEN
414-A CHAPEL STREET 2ND FLOOR
NEW HAVEN, CT 06511

GOVERNMENT ENTITY

Attorney General (Family) 46b-55(a)
AAG Gail M. Lawrence (401580)
AG-Collections/Child Sup
165 Capitol Ave, 4th Floor
Hartford, CT, 06106

B. State whether, or not, there are pending appeals which arise from the same controversy or involve issues closely related to those presented by this appeal.

There are currently no other appeals pending.

C. State whether, or not, a criminal protective order, civil protective order, or civil restraining order was requested, or issued, during any of the underlying proceedings.

During the proceedings, a criminal protective order was issued on 1/27/23 in which the Plaintiff-Appellant was the protected party. This criminal protective order is still in effect.
A criminal protective order was issued on 5/16/23 in which the Defendant-Appellee was the protected party. The criminal protective order is still in effect.
Several civil restraining orders were requested and/or issued during the underlying proceedings, as well, in which the Plaintiff-Appellant was the protected party. None of them are still in effect.

D. State whether, or not, there were exhibits at the trial level.

There are various Transcripts and Exhibits at the Trial level.

E. State whether this is a criminal appeal, and if so, whether, or not, the defendant is incarcerated as a result of the case being appealed, and thecharges that are the basis of the conviction.

This is not a Criminal Appeal.

i/s PLAIINTIFF-APPELLANT
Acting Pro Se: Theodora F. Antar.
856 Shagbark Drive
Orange, CT, 06477
E Mail: theodoraantar@gmail.com

# CERTIFICATION

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of the forgoing was sent electronically this 4th day of July, 2023, to the Defendant / Appellee

<u>DEFENDANT / APPELLEE</u>

MATTHEW J. LODICE

Acting Pro Se

48 QUARRY HILL ROAD WATERBURY  06706

Email matthewlodice@gmail.com

Appearance for: IV-D Child Support Only, Office of Child Support Services, Office of Child Support Services A (104016) Dept of Social Services, 50 Humphrey Street New Haven, CT, 06513

SUPPORT ENFORCEMENT (FAMILY) Juris: 104033 SES-NEW HAVEN, 414-A CHAPEL STREET 2ND FLOOR, NEW HAVEN, CT 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580) AG-Collections/Child Sup 165 Capitol Ave, 4th Floor, Hartford, CT, 06106

It is also certified that this document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law. It is also certified that this document complies with all applicable rules of appellate procedure.

      PLAINTIFF-APPELLANT

      BY:    /S/

      Acting Pro Se: Theodora F. Antar.

      856 Shagbark Drive

      Orange, CT, 06477

      E Mail  theodoraantar@gmail.com

## CERTIFICATION

Pursuant to P.B. §§ 62-7 and 66-3, it is hereby certified that a copy of theforgoing was sent electronically this 4th day of July, 2023 to Council for Defendant / Appellee

MATTHEW J. LODICE

Acting Pro Se

48 QUARRY HILL ROAD WATERBURY

06706

Email matthewlodice@gmail.com

Appearance for: IV-D Child Support Only, Office of Child Support Services, Office of Child Support Services A (104016) Dept of Social Services, 50 Humphrey Street New Haven, CT, 06513

SUPPORT ENFORCEMENT (FAMILY) Juris: 104033 SES-NEW HAVEN, 414-A CHAPEL STREET 2ND FLOOR, NEW HAVEN, CT 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580) AG-Collections/Child Sup 165 Capitol Ave, 4th Floor, Hartford, CT, 06106

PLAINTIFF-APPELLANT

BY:      /S/

Acting Pro Se: Theodora F. Antar.

856 Shagbark Drive

Orange, CT, 06477

E Mail  theodoraantar@gmail.com