# APPELLATE COURT

# STATE OF CONNECTICUT

AC 46588

THEODORA F. ANTAR

v.

MATTHEW J. LODICE

July 5, 2023

# O R D E R

Pursuant to the order of June 23, 2023, the defendant-appellee Mathew J. Lodice was ordered to file a properly completed appellate electronic access form on or before July 3, 2023.  As said form has not been filed, it is hereby ordered that paper notice will no longer be issued to Mathew J. Lodice after this date.  Mathew J. Lodice's notice will be limited to information publicly available on the Judicial Branch website, and any information not publicly available on the website may be viewed at the office of the appellate clerk upon the presentation of a proper photo Id when required.

Mathew J. Lodice will receive electronic notice upon compliance with Practice Book section 60-7 (c).  A fillable .pdf version of the appellate access form JD-AC-015 can be found at www.jud.ct.gov/webforms/forms/ac015.pdf.

By the Court,

/s/
Sarah Hanna
Assistant Clerk-Appellate

**Notice Sent**: July 5, 2023
Counsel of Record                                                             220605