

# STATE OF CONNECTICUT

## SUPREME COURT
## APPELLATE COURT

CARL D. CICCHETTI                                                                231 CAPITOL AVENUE
CHIEF CLERK                                                                       HARTFORD, CT 06106

RENÉ L. ROBERTSON                                                                 TEL. (860) 757-2200
DEPUTY CHIEF CLERK


July 6, 2023

**RE: A.C. 46588, *Theodora F. Antar* v. *Matthew J. Lodice***


Dear Counsel of Record:

Please be advised that as of this date, the name of the above-captioned appeal has been changed to **AC 46588, *T.A.* v. *M.L***.  See the federal Violence Against Women Act Reauthorization Act of 2022.  **Please use the new case caption on all future filings with this court.**

Your cooperation is appreciated.


                                        Very truly yours,


                                        _____/s/_____
                                        Sarah Hanna
                                        Assistant Clerk, Appellate



cc:
Hon. Jane K. Grossman
Clerk, Superior Court, NNH-FA19-5046828-S