| ☐ APPEAL | ☐ JOINT APPEAL | ☐ CROSS APPEAL | ☐ AMENDED APPEAL | ☐ CORRECTED FORM |
|---|---|---|---|---|

JD-SC-33   Rev. 11-21
P.B. Sections 3-8, 60-7, 60-8, 62-7, 62-8, 63-3, 63-4, 63-10, 72-3
C.G.S. Sections 31-301b, 51-197f, 52-470

*All appeals must be filed electronically unless an exemption from the requirements of electronic filing has been granted or you are an incarcerated self-represented party. For further information about e-filing or this form, see the Appeal Instructions, form JD-SC-34.*

☐ To Supreme Court   ☐ To Appellate Court

**Name of case** *(State full name of case)*

**Type of appellate matter** *(If a writ of error, the writ and the signed marshal's return must be filed on the same business day as this form.  See Practice Book Section 72-3.)*

## Trial Court History

- Tried to
- Trial court location
- Trial court judges being appealed
- List all trial court docket numbers, including location prefixes
- All other trial court judges who were involved with the case
- Judgment for *(Where there are multiple parties, specify those for whom judgment was rendered)*
- Date of judgment(s) or decision(s) being appealed
- Date of issuance of notice on any order on any motion that would render judgment ineffective
- Date for filing appeal extended to
- Case type
- For Juvenile Cases: ☐ Termination of Parental Rights   ☐ Order of Temporary Custody
- For Civil/Family Case Types, Major/Minor code:
- ☐ Other ____

## Appeal

- Appeal filed by *(Party name(s))*
- From *(the action that constitutes the appealable judgment or decision)*
- If this appeal is taken by the State of Connecticut, provide the name of the judge who granted permission to appeal and the date of the order
- Statutory Basis for Appeal to Supreme Court

By *(Signature of counsel of record)*   ▶ *Theodora Antar*

| Telephone number | Fax number | Juris number *(If applicable)* |
|---|---|---|

## Appearance

Type name and address of counsel of record filing this appellate matter
*(This is your appearance; see Practice Book Section 62-8)*

E-mail address

"X" one if applicable
☐ Counsel or self-represented party who files this appeal will be deemed to have appeared **in addition to** counsel of record who appeared in the trial court.
☐ Counsel or self-represented party who files this appeal is appearing **in place of:**

| Name of counsel of record | Juris number *(If applicable)* |
|---|---|

## Certification

I certify that a copy of the appeal form I am filing will immediately be delivered to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone numbers; the appeal form has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and the appeal form complies with all applicable rules of appellate procedure in accordance with Practice Book Sections 62-7 and 63-3.

Date to be delivered _____ .

*If you have an exemption from e-filing under Practice Book Section 60-8, attach a list with the name, address, e-mail address, and telephone number of each counsel of record and the address where the copy was delivered.*

If this appeal is a criminal or habeas corpus matter, I certify that a copy of this appeal form will immediately be delivered to the Office of the Chief State's Attorney Appellate Bureau. Date to be delivered _____ .

Signed *(Counsel of record)*   ▶ *Theodora Antar*   Date signed

## Required Documents

To be filed with the Appellate Clerk within ten days of the filing of the appeal, if applicable. See Practice Book Section 63-4.
1. Preliminary Statement of the Issues
2. Designation of the Proposed Contents of the Clerk Appendix
3. Court Reporter's Acknowledgment or Certificate that no transcript is necessary
4. Docketing Statement
5. Statement for Preargument Conference (form JD-SC-28A)
6. Constitutionality Notice
7. Sealing Order form, if any

☒ Entry Fee Paid   ☐ No Fees Required   ☐ Fees, Costs, and Security waived by Judge *(enter Judge's name below)*

**Court Use Only** — Date and time filed

Judge

Date waived

# Appeal Form (continued)

**CASE NAME:**
ANTAR, THEODORA, F v. LODICE, MATTHEW, J

**OTHER TRIAL COURT JUDGES**

HON. JENNIFER S. AGUILAR
HON. JAMES G. KENEFICK
Christopher Griffin
DANIEL KLAU
HON. KAREN A. GOODROW
HON. MAUREEN PRICE-BORELAND
HON. MARK T GOULD
HON. SUSAN A. CONNORS
HON. MARGARET M. MURPHY
HON. FREDERIC GILMAN
HON. MICHAEL L. FERGUSON

**JUDGMENT DATES**

| | |
|---|---|
| 06/29/2023 | 07/03/2023 |
| 06/22/2023 | 07/05/2023 |
| 06/21/2023 | 07/10/2023 |
| 06/30/2023 | 07/11/2023 |
| 06/15/2023 | 07/12/2023 |
| 06/14/2023 | |
| 06/16/2023 | |
| 06/11/2023 | |
| 06/13/2023 | |
| 06/19/2023 | |
| 06/09/2023 | |
| 06/08/2023 | |
| 05/31/2023 | |
| 05/30/2023 | |
| 05/26/2023 | |
| 05/25/2023 | |
| 05/23/2023 | |
| 05/22/2023 | |

## Parties & Appearances

**PARTY/PARTIES INITIATING THE APPEAL**

THEODORA F ANTAR
  Self Rep: THEODORA F ANTAR

Theodora Antar
  Self Rep: Theodora Antar

856 shagbark drive
orange, CT 06477
Phone: (203) 273-8419   Fax:
Email: theodoraantar@gmail.com

Attorney General (Family) 46b-55(a)
AAG Gail M. Lawrence (401580)
AG-Collections/Child Sup
165 Capitol Ave, 4th Floor
Hartford, CT, 06106
Appearance for: IV-D Child Support Only

**ALL OTHER PARTIES AND APPEARANCES**

MATTHEW J LODICE  **- Judgment For**
  Self Rep: MATTHEW J LODICE

SUPPORT ENFORCEMENT (FAMILY)
  Juris: 104033 SES-NEW HAVEN

414-A CHAPEL STREET
2ND FLOOR
NEW HAVEN, CT 06511
Phone:   Fax:
Email:

Office of Child Support Services
Office of Child Support Services A
(104016)
Dept of Social Services
50 Humphrey Street
New Haven, CT, 06513

## Appeal Form (continued)

**The action that constitutes the appealable judgment(s) or decision(s):**

142. 142.1, 148, 148.1, 148.11, 157, 157.1, 157.11, 157.6, 157.62, 165, 165.11, 186, 186.1, 187, 187.1, 195, 195.1, 195.11, 204, 205, 205.11, 210, 210.11 210.12, 212, 212.1, 212.11, 225, 225.1, 232, 232.11, 237, 237.1, 237.11, 247, 247.1, 254, 254.1, 254.11, 255, 255.1, 256, 256.1, 257, 258, 258.1, 259, 261, 262, 266, 266.1, 270.1, 274, 274.1, 275,130, 131, 132, 146, 147, 151 164, 166, 175, 190, 192, 197, 198, 199, 200, 201, 206, 202, 216, 224, 227, 229, 230, 231, 236, 241, 243, 244, 246, 248, 256.11, 263, 264, 265, 267, 267.1, 267.11, 268, 268.1, 268.11, 270.1, 271, 271.01, 272, 273, 273.1, 276, 276.01, 277, 277.01, 278, 279 , 280, 280.01, 281, 281.01, 282, 282.10, 283, 284, 285, 286, 286.1, 288, 289, 289.1, 290, 290.1, 291, 292, 292.1, 293, 293.1, 294, 294.1, 295, 295.1, 296, 296.1, 297, 297.1, 298, 298.1, 299, 299.1, 300, 300.1, 301, 301.1, 302, 302.1, 303, 303.1, 304, 305, 306, 306.1, 307, 308, 309, 310, 310.1, 311, 311.1, 312, 313, 314, 314.1, 315, 315.1, 316, 316.1, 317, 317.1, 318, 319, 320, 320.1, 321, 321.1, 322, 322.1, 323, 324, 325, 326, 327, 328, 329, 330, 331, 331.01, 332, 332.01, 333, 334, 334.01, 335, 336, 336.1