# APPELLATE COURT

# STATE OF CONNECTICUT

AC 46588

T.A.

    v.

M.L.

July 17, 2023

# O R D E R

    The above captioned appeal has not been pursued with proper diligence in that: On June 20, 2023, and June 23, 2023, the appellant filed a transcript order for twelve volumes of transcript, dated 11/7/2019, 3/9/2022, 4/8/2022, 4/14/2022, 6/1/2022, 6/28/2022, 6/29/2022, 12/1/2022, 3/27/2023, 4/5/2023, 5/25/2023 and 6/15/2023.  The appellant has not filed a court reporter's acknowledgment signed by the court reporter with an estimated date of delivery and a certificate of completion for this order.

    On June 23, 2023, the appellant filed several transcript orders for single hearing dates.  Those orders include hearing dates on 11/5/2019, 3/8/2021, 12/29/2020, 9/12/2022, 11/23/2022, 2/28/2022, 6/4/2009, 10/11/2022, 4/24/2023, 11/7/2019, 6/22/2023.  The appellant has not filed a court reporter's acknowledgment signed by the court reporter with an estimated date of delivery or a certificate of completion for these orders.

    It is hereby ordered, pursuant to Practice Book § 85-1, that the above-captioned appeal will be dismissed unless, on or before **July 27, 2023**, the appellant files either a court reporter's acknowledgment signed by the court reporter with an estimated date of delivery, if one has not already been filed, or a certificate of completion for the aforementioned twelve transcript orders.  A court reporter's certificate of delivery will not be accepted as a filing to satisfy this order.

The provision of Practice Book § 62-7 which allows any papers correcting a noncomplying filing to be deemed timely filed if resubmitted within fifteen days does not apply to this order.

By the Court,

/s/
Sarah Hanna
Assistant Clerk-Appellate

**Notice Sent:** July 17, 2023
Counsel of Record

230030