**Notice of Appeal Transcript Order**

**Section 1:**

**Name of Case:** Theodora F. Antar v. Matthew J. Lodice
**External ID:** 1022081
**Transcript Number:** NNH-1000184-AP
**Proceeding conducted in:** In-person
**Case Type:** Family
**Judicial District of:** New Haven
**Trial Court Location:** 235 Church
**Hearing Dates of transcript being ordered:** 11/5/2019 GREEN, DONALD
**Trial Court Docket Number:** NNH-FA-19-6096801S
**Case Tried To:** Court
**Appeal To:** Appellate Court
**Appeal:**

From judgment in juvenile matters concerning termination of Parental Rights

From judgment in juvenile matters other than termination of Parental Rights

From a criminal judgment where defendant is incarcerated

From a criminal judgment where defendant is not incarcerated

From court closure order

Involving the public interest

From judgment involving custody of minor children

From all other judgments


**An electronic version of a previously delivered transcript is being ordered:** No
Describe in detail, including specific dates, the parts of the proceedings for which a transcript is being ordered.
If you are ordering an electronic version of a previously delivered transcript, indicate that the paper transcript already was delivered.
already got this need certified for appeal now
**Name of Person Ordering Transcript:** Theodora Antar
**Email Address:** theodoraantar@gmail.com
**Mailing Address:** 856 Shagbark Drive, Orange, CT, 06477
**Telephone Number:** 2032738419
**Relationship:** plaintiff
**Fee Waiver:** No
**Please note:** Payment arrangements must be reached with the transcriber before a completed transcript will be delivered.
**Notes:**
**Submitted Date:** 6/20/2023 9:02:52 PM

**Section 2. Official Court Reporter's Appeal Transcript Order Acknowledgement**
(Completed by Official Court Reporter after satisfactory financial arrangements have been made pursuant to Section 63-8 of the Connecticut Practice Book.)

| Name(s) of Report(s)/Monitor(s) | Name(s) of Transcribing Reporter(s)/Monitor(s) | Hearing Date | Estimated number of pages | Only electronic version of previously delivered transcripts? | Number of pages previously delivered | Estimated delivery date |
|---|---|---|---|---|---|---|
| GLEASON, MEGHAN | ANDERSON, SHANNON | 11/05/2019 | 27 | YES | 27 | 06/26/2023 |

| Total estimated pages | Total previously delivered pages | Final Estimated delivery date |
|---|---|---|
| 27 | 27 | 06/26/2023 |

**Name of Case:** Theodora F. Antar v. Matthew J. Lodice

Name of Official
Court Reporter: *Lillian Perry*

Signature of
Official Court
Reporter: *Lillian Perry*

Date
Signed: 7-17-2023

---

**Order Acknowledgement**

**Section 3. Official Court Reporter's Certificate of Completion** (Completed by Official Court Reporter upon delivery of the entire transcript ordered above.)

| Actual number of pages in entire Appeal Transcript: 27 | Date of final delivery (Practice Book Section 63-8(c)): 7/17/2023 |
| --- | --- |

This certificate is filed as required by Practice Book Section 63-8

Signature of
Official Court
Reporter: *Lillian Perry*

Date
Signed: 7-17-2023

---

**Section 4.**

**Certification of Service by Ordering Party**     (Ordering party to file completed certificate with the Appellate Clerk)

I certify that a copy of the above Certificate of Completion was served on all counsel and self-represented parties of record

Signature of
ordering party:

Date
Signed: 7.18.23