## Notice of Appeal Transcript Order

**Section 1:**

**Name of Case:** Theodora Antar v Matthew Lodice
**External ID:** 1022081
**Transcript Number:** NNH-1000181-AP
**Proceeding conducted:** In-person
**Case Type:** Family
**Judicial District of:** New Haven
**Trial Court Location:** 235 Church
**Hearing Dates of transcript being ordered:** 9/12/2022 AGUILAR, JENNIFER
**Trial Court Docket Number:** NNH-FA-19-5046828S
**Case Tried To:** Court
**Appeal To:** Appellate Court
**Appeal:**

- From judgment in juvenile matters concerning termination of Parental Rights
- From judgment in juvenile matters other than termination of Parental Rights
- From a criminal judgment where defendant is incarcerated
- From a criminal judgment where defendant is not incarcerated
- From court closure order
- Involving the public interest
- From judgment involving custody of minor children
- From all other judgments

**An electronic version of a previously delivered transcript is being ordered:** No
Describe in detail, including specific dates, the parts of the proceedings for which a transcript is being ordered.
If you are ordering an electronic version of a previously delivered transcript, indicate that the paper transcript already was delivered.
already got this need certified for appeal now
**Name of Person Ordering Transcript:** Theodora Antar
**Email Address:** theodoraantar@gmail.com
**Mailing Address:** 856 Shagbark Drive, Orange, CT, 06477
**Telephone Number:** 2032738419
**Relationship:** plaintiff
**Fee Waiver:** No
**Please note:** Payment arrangements must be reached with the transcriber before a completed transcript will be delivered.
**Notes:**
**Submitted Date:** 6/20/2023 8:52:48 PM

---

**Section 2. Official Court Reporter's Appeal Transcript Order Acknowledgement**
(Completed by Official Court Reporter after satisfactory financial arrangements have been made pursuant to Section 63-8 of the Connecticut Practice Book.)

| Name(s) of Report(s)/Monitor(s) | Name(s) of Transcribing Reporter(s)/Monitor(s) | Hearing Date | Estimated number of pages | Only electronic version of previously delivered transcripts? | Number of pages previously delivered | Estimated delivery date |
|---|---|---|---|---|---|---|
| GLEASON, MEGHAN | PENNACCHINI, JACQUELYN | 09/12/2022 | 15 | YES | 12 | 07/11/2023 |

| Total estimated pages | Total previously delivered pages | Final Estimated delivery date |
|---|---|---|
| 15 | 12 | 07/11/2023 |

**Name of Case:** Theodora Antar v Matthew Lodice

| | | |
|---|---|---|
| Name of Official Court Reporter: *Lillian Perry* | Signature of Official Court Reporter: *Lillian Perry* | Date Signed: 7-17-2023 |

---

**Order Acknowledgement**

**Section 3. Official Court Reporter's Certificate of Completion** (Completed by Official Court Reporter upon delivery of the entire transcript ordered above.)

| Actual number of pages in entire Appeal Transcript: 12 | Date of final delivery (Practice Book Section 63-8(c)): 7/17/2023 |
|---|---|

This certificate is filed as required by Practice Book Section 63-8

| | |
|---|---|
| Signature of Official Court Reporter: *Lillian Perry* | Date Signed: 7-17-2023 |

---

**Section 4.**

**Certification of Service by Ordering Party**   (Ordering party to file completed certificate with the Appellate Clerk)

I certify that a copy of the above Certificate of Completion was served on all counsel and self-represented parties of record

| | |
|---|---|
| Signature of ordering party: *[signature]* | Date Signed: 7/18/23 |