## Notice of Appeal Transcript Order

**Section 1:**

**Name of Case:** Theodora F. Antar v. Gerald Viglione
**External ID:** 1022081
**Transcript Number:** NNH-1000175-AP
**Proceeding conducted:** In-person
**Case Type:** Family
**Judicial District of:** New Haven
**Trial Court Location:** 235 Church
**Hearing Dates of transcript being ordered:** 10/11/2022 GROSSMAN, JANE
**Trial Court Docket Number:** NNH-FA16-4068691-S
**Case Tried To:** Court
**Appeal To:** Appellate Court
**Appeal:**

  ✓ From judgment in juvenile matters concerning termination of Parental Rights

  From judgment in juvenile matters other than termination of Parental Rights

  From a criminal judgment where defendant is incarcerated

  From a criminal judgment where defendant is not incarcerated

  From court closure order

  Involving the public interest

  From judgment involving custody of minor children

  From all other judgments

**An electronic version of a previously delivered transcript is being ordered:** Yes
Describe in detail, including specific dates, the parts of the proceedings for which a transcript is being ordered. If you are ordering an electronic version of a previously delivered transcript, indicate that the paper transcript already was delivered.
entire day
**Name of Person Ordering Transcript:** Theodora Antar
**Email Address:** theodoraantar@gmail.com
**Mailing Address:** 856 Shagbark Drive, Orange, CT, 06477
**Telephone Number:** 203-273-8419
**Relationship:** plaintiff
**Fee Waiver:** No
**Please note:** Payment arrangements must be reached with the transcriber before a completed transcript will be delivered.
**Notes:**
**Submitted Date:** 6/20/2023 8:22:38 PM

---

**Section 2. Official Court Reporter's Appeal Transcript Order Acknowledgement**
(Completed by Official Court Reporter after satisfactory financial arrangements have been made pursuant to Section 63-8 of the Connecticut Practice Book.)

| Name(s) of Report(s)/Monitor(s) | Name(s) of Transcribing Reporter(s)/Monitor(s) | Hearing Date | Estimated number of pages | Only electronic version of previously delivered transcripts? | Number of pages previously delivered | Estimated delivery date |
|---|---|---|---|---|---|---|
| SHEVCHENKO, ALEXIS | SHEVCHENKO, ALEXIS | 10/11/2022 | 9 | YES | 9 | 07/03/2023 |

| Total estimated pages | Total previously delivered pages | Final Estimated delivery date |
|---|---|---|
| 9 | 9 | 07/03/2023 |

**Name of Case:** Theodora F. Antar v. Gerald Viglione

| Name of Official Court Reporter: | Lillian Perry | Signature of Official Court Reporter: | *Lillian Perry* | Date Signed: | 7-17-2023 |

### Order Acknowledgement

**Section 3. Official Court Reporter's Certificate of Completion** (Completed by Official Court Reporter upon delivery of the entire transcript ordered above.)

| Actual number of pages in entire Appeal Transcript: 9 | Date of final delivery (Practice Book Section 63-8(c)): 7/17/2023 |

This certificate is filed as required by Practice Book Section 63-8.

| Signature of Official Court Reporter: | *Lillian Perry* | Date Signed: | 7-17-2023 |

### Section 4.

**Certification of Service by Ordering Party**    (Ordering party to file completed certificate with the Appellate Clerk)

I certify that a copy of the above Certificate of Completion was served on all counsel and self-represented parties of record

| Signature of ordering party: | *[signature]* | Date Signed: | 7.18.23 |