## Notice of Appeal Transcript Order

**Section 1:**

**Name of Case:** State v Lodice
**External ID:** 1022081
**Transcript Number:** AAN-1000033-AP
**Proceeding conducted:** Unknown
**Case Type:** Criminal
**Judicial District of:** Ansonia/Milford
**Trial Court Location:** 106 Elizabeth
**Hearing Dates of transcript being ordered:** 6/22/2023 JONES, SCOTT
**Trial Court Docket Number:** A05DCR230190622S
**Case Tried To:** Court
**Appeal To:** Appellate Court
**Appeal:**

  From judgment in juvenile matters concerning termination of Parental Rights

  From judgment in juvenile matters other than termination of Parental Rights

  From a criminal judgment where defendant is incarcerated

  From a criminal judgment where defendant is not incarcerated

  From court closure order

  Involving the public interest

  From judgment involving custody of minor children

  From all other judgments

**An electronic version of a previously delivered transcript is being ordered:** No
Describe in detail, including specific dates, the parts of the proceedings for which a transcript is being ordered.
If you are ordering an electronic version of a previously delivered transcript, indicate that the paper transcript already was delivered.
Everything from today with this defendant
**Name of Person Ordering Transcript:** Theodora Antar
**Email Address:** Theodotaantar@gmail.com
**Mailing Address:** 856 Shagbark Drive
**Telephone Number:** 2032738419
**Relationship:** Victim
**Fee Waiver:** No
**Please note:** Payment arrangements must be reached with the transcriber before a completed transcript will be delivered.
**Notes:**
**Submitted Date:** 6/22/2023 3:46:53 PM

**Section 2. Official Court Reporter's Appeal Transcript Order Acknowledgement**
(Completed by Official Court Reporter after satisfactory financial arrangements have been made pursuant to Section 63-8 of the Connecticut Practice Book.)

| Name(s) of Report(s)/Monitor(s) | Name(s) of Transcribing Reporter(s)/Monitor(s) | Hearing Date | Estimated number of pages | Only electronic version of previously delivered transcripts? | Number of pages previously delivered | Estimated delivery date |
|---|---|---|---|---|---|---|
| SPERINGO, TONIA | HOLLAND, ELIZABETH | 06/22/2023 | 2 | NO | 2 | 07/05/2023 |

| Total estimated pages | Total previously delivered pages | Final Estimated delivery date |
|---|---|---|
| 2 | 2 | 07/05/2023 |

**Name of Case:** State v Lodice

| Name of Official Court Reporter: | Stephanie Charbonneau | Signature of Official Court Reporter: | *[signature]* | Date Signed: | 6/29/23 |

---

**Order Acknowledgement**

**Section 3. Official Court Reporter's Certificate of Completion** (Completed by Official Court Reporter upon delivery of the entire transcript ordered above.)

| Actual number of pages in entire Appeal Transcript: 2 | Date of final delivery (Practice Book Section 63-8(c)): 7/5/2023 |

This certificate is filed as required by Practice Book Section 63-8

| | Signature of Official Court Reporter: *[signature]* | Date Signed: 7/10/23 |

---

**Section 4.**

**Certification of Service by Ordering Party**     (Ordering party to file completed certificate with the Appellate Clerk)

I certify that a copy of the above Certificate of Completion was served on all counsel and self-represented parties of record

| | Signature of ordering party: *[signature]* | Date Signed: 7/26/23 |

**COURT REPORTER'S/MONITOR'S APPEAL
TRANSCRIPT DELIVERY CERTIFICATE**
JD-ES-38B Rev. 4-17
P.B. §§ 63-8(c), 63-8A

**CONNECTICUT JUDICIAL BRANCH**
www.jud.ct.gov

Notice of Appeal Transcript Order Number: AAN 1000638-NA
Docket Number: A05DCR2301906225

**Instructions:**
To be completed by Court Reporter/Monitor upon delivery of an appeal transcript, including an electronic version, or his or her entire assigned portion of the appeal transcript and distributed immediately as indicated on the bottom.

**Name of Case:** State of Connecticut v Matthew Lodice

**Hearing Date(s):** 6-22-23

**Name(s) of Judge(s):** Scott Jones

**Name of Person Ordering Transcript/Disk:** Theodora Antar

**Mailing Address of Person Ordering Transcript/Disk:** 856 Shagbark Drive, Orange, CT 06477

**My Portion of the Appeal is Complete:** ☒ Yes ☐ No

**Total Number of Paper Pages Delivered:** 2

An electronic version of all previously delivered transcripts has been produced and delivered pursuant to section 63-8A of the Practice Book: ☒ Yes ☐ No ☐ N/A

An electronic version of the paper transcript delivered with this certificate has been produced and delivered pursuant to section 63-8A of the Practice Book: ☐ Yes ☐ No ☒ N/A

**Type of Delivery:** ☐ Manual (signed receipt required) ☒ Certified Mail - Return Receipt Requested

**Date of Certified Mail or Manual Delivery:** 7-10-23

**Name of Recording Reporter/Monitor:** Elizabeth Holland

**Name of Transcribing Reporter/Monitor (If different):** Elizabeth Holland

**Signature of Transcribing Reporter/Monitor:** [signed]

**Date Signed:** 7-10-23

---

This section may be used as a receipt for **Manual Deliveries**

| I acknowledge receipt of the appeal transcript described above. | Received For |
|---|---|
| Received By (Print name) | Signature of Recipient | Date Signed |
| Transcribing Reporter/Monitor (Print name) | Signature of Transcribing Reporter/Monitor | Date Signed |

**DISTRIBUTION:** ORIGINAL - Supervisor of Court Transcript Services
COPY 1 - Official Court Reporter
COPY 2 - Ordering Party
COPY 3 - Court Reporter/Monitor

[Print Form]   [Reset Form]