# Notice of Appeal Transcript Order

**Section 1:**

**Name of Case:** Antar V Lodice
**External ID:** 1022081
**Transcript Number:** NNH-1000173-AP
**Proceeding conducted:** Both
**Case Type:** Family
**Judicial District of:** New Haven
**Trial Court Location:** 235 Church
**Hearing Dates of transcript being ordered:** 11/7/2019 KLAU, DANIEL 3/9/2022 AGUILAR, JENNIFER 4/8/2022 GROSSMAN, JANE 4/12/2022 PRICE-BORELAND, MAUREEN 6/1/2022 GILMAN, FREDERIC 6/28/2022 GROSSMAN, JANE 6/29/2022 FERGUSON, MICHAEL 12/1/2022 GROSSMAN, JANE 3/27/2023 GROSSMAN, JANE 4/5/2023 GROSSMAN, JANE 5/25/2023 GROSSMAN, JANE 6/15/2023 GROSSMAN, JANE
**Trial Court Docket Number:** NNH-FA-19-5046828S
**Case Tried To:** Court
**Appeal To:** Appellate Court
**Appeal:**

From judgment in juvenile matters concerning termination of Parental Rights

From judgment in juvenile matters other than termination of Parental Rights

From a criminal judgment where defendant is incarcerated

From a criminal judgment where defendant is not incarcerated

From court closure order

Involving the public interest

From judgment involving custody of minor children

From all other judgments

**An electronic version of a previously delivered transcript is being ordered:** Yes
Describe in detail, including specific dates, the parts of the proceedings for which a transcript is being ordered.
If you are ordering an electronic version of a previously delivered transcript, indicate that the paper transcript already was delivered.
All transcripts were previously ordered as regular orders. Now I am requesting all of them as certified for the appeal.
**Name of Person Ordering Transcript:** Theodora Antar
**Email Address:** theodoraantar@gmail.com
**Mailing Address:** 856 Shagbark Drive, Orange, CT, 06477
**Telephone Number:** 203-273-8419
**Relationship:** Plaintiff
**Fee Waiver:** No
**Please note:** Payment arrangements must be reached with the transcriber before a completed transcript will be delivered.
**Notes:**
**Submitted Date:** 6/17/2023 11:12:01 PM

**Section 2. Official Court Reporter's Appeal Transcript Order Acknowledgement**
(Completed by Official Court Reporter after satisfactory financial arrangements have been made pursuant to Section 63-8 of the Connecticut Practice Book.)

| Name(s) of Report(s)/Monitor(s) | Name(s) of Transcribing Reporter(s)/Monitor(s) | Hearing Date | Estimated number of pages | Only electronic version of previously delivered transcripts? | Number of pages previously delivered | Estimated delivery date |
|---|---|---|---|---|---|---|
| SHEVCHENKO, ALEXIS | SHEVCHENKO, ALEXIS | 11/07/2019 | 25 | YES | 25 | 06/26/2023 |
| SHEVCHENKO, ALEXIS | SHEVCHENKO, ALEXIS | 03/09/2022 | 8 | YES | 8 | 06/26/2023 |
| SHEVCHENKO, ALEXIS | SHEVCHENKO, ALEXIS | 05/25/2023 | 159 | YES | 159 | 06/26/2023 |
| DELBASSO, KELLY | DELBASSO, KELLY | 04/08/2022 | 28 | YES | 28 | 06/26/2023 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ANDERSON, SHANNON | ANDERSON, SHANNON | 04/12/2022 | 47 | YES | 47 | 06/26/2023 |
| ANDERSON, SHANNON | ANDERSON, SHANNON | 06/15/2023 | 106 | YES | 106 | 06/26/2023 |
| TAYLOR, AMANDA | TAYLOR, AMANDA | 06/01/2022 | 119 | YES | 119 | 06/26/2023 |
| TAYLOR, AMANDA | LABASI, MARY | 06/28/2022 | 167 | YES | 167 | 06/26/2023 |
| GLEASON, MEGHAN | GLEASON, MEGHAN | 06/29/2022 | 10 | YES | 10 | 06/26/2023 |
| KILEY, CLARE | KILEY, CLARE | 12/01/2022 | 13 | YES | 13 | 06/26/2023 |
| GREENE, ALLAN | PENNACCHINI, JACQUELYN | 04/05/2023 | 98 | YES | 98 | 06/26/2023 |
| LONGOBARDI, JANIS | LONGOBARDI, JANIS | 03/27/2023 | 65 | YES | 65 | 06/26/2023 |

| Total estimated pages | Total previously delivered pages | Final Estimated delivery date |
|---|---|---|
| 845 | 845 | 06/26/2023 |

**Name of Case:** Antar V Lodice

| Name of Official Court Reporter: | Lillian Perry | Signature of Official Court Reporter: | *[signed] Lillian Perry* | Date Signed: | 7-17-2023 |

## Order Acknowledgement

**Section 3. Official Court Reporter's Certificate of Completion** (Completed by Official Court Reporter upon delivery of the entire transcript ordered above.)

| Actual number of pages in entire Appeal Transcript: 845 | Date of final delivery (Practice Book Section 63-8(c)): 7/17/2023 |

This certificate is filed as required by Practice Book Section 63-8

| Signature of Official Court Reporter: | *[signed] Lillian Perry* | Date Signed: | 7-17-2023 |

## Section 4.

**Certification of Service by Ordering Party**   (Ordering party to file completed certificate with the Appellate Clerk)

I certify that a copy of the above Certificate of Completion was served on all counsel and self-represented parties of record

| Signature of ordering party: | *[signed]* | Date Signed: | 7.18.23 |