**WITHDRAWAL**
JD-AC-8  Rev. 1-23
P.B. §§ 63-9, 63-10

STATE OF CONNECTICUT
**SUPREME COURT**
**APPELLATE COURT**
*www.jud.ct.gov*



**Instructions for electronic filing:**
*1. Fill out this form and e-mail a copy to all counsel and self-represented parties (See Practice Book Section 62-7).*
*2. E-file this form by uploading it under "Preliminary Papers/Appeal Documents."*

**Instructions for parties exempt from electronic filing:**
*1. Fill out this form and hand deliver or mail a copy to all counsel and self-represented parties (see Practice Book Section 62-7).*
*2. File this form by hand delivering it or mailing it to the Appellate Clerk at 231 Capitol Avenue, Hartford, CT 06106.*

| Court | Docket Number | Date |
|---|---|---|
| ☐ Supreme   ☒ Appellate | **AC 46588** | **07/24/2023** |

Name of case *(First-named plaintiff v. First-named defendant)*
**Theodora F. Antar v Matthew J. Lodice**

This appeal/cross-appeal is withdrawn as to:

☒ all parties without costs.

☐ the following party or parties only, without costs.

This appeal/cross-appeal is withdrawn as a result of:

☐ the settlement conference program (Practice Book Section 63-10).

☐ some activity BEFORE the case was assigned to the settlement program.

☐ some activity AFTER the settlement program, not related to the settlement program.

**If a preargument conference is currently scheduled in this matter, you must immediately notify the conference judge that the matter has been withdrawn.**

The following motion, application, petition or other pleading is withdrawn.

| Title of pleading | Entry number and/or date filed |
|---|---|
| | |

| Signature of counsel or self-represented party *Theodora Antar* | Name of person signing |
|---|---|
| | **Theodora Antar** |

## Certification

I certify that a copy of the document(s) that I am filing has been delivered on ___**07/24/2023**___ to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone and facsimile numbers; the document(s) have been redacted or do not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and comply with all applicable rules of appellate procedure in accordance with Practice Book Section 62-7.

Name, telephone, e-mail, and mailing address of each party and attorney that copy was or will be mailed or delivered to*

**Matthew J. Lodice, 48 Quarry Hill rd, Waterbury, CT, 06706**

| Signed  *(Signature of filer)* ▶ *Theodora Antar* | Print or type name of person signing **Theodora Antar** | Date signed **07/24/2023** |
|---|---|---|

For Office Use Only Below This Line

Notice Sent: July 25, 2023
Counsel of Record
Hon. Jane K. Grossman
Clerk, Superior Court
NNH FA19 5046828 S

Reset Form