**WITHDRAWAL**
JD-AC-8  Rev. 1-23
P.B. §§ 63-9, 63-10

STATE OF CONNECTICUT
**SUPREME COURT**
**APPELLATE COURT**
www.jud.ct.gov



**Instructions for electronic filing:**
1. Fill out this form and e-mail a copy to all counsel and self-represented parties (See Practice Book Section 62-7).
2. E-file this form by uploading it under "Preliminary Papers/Appeal Documents."

**Instructions for parties exempt from electronic filing:**
1. Fill out this form and hand deliver or mail a copy to all counsel and self-represented parties (see Practice Book Section 62-7).
2. File this form by hand delivering it or mailing it to the Appellate Clerk at 231 Capitol Avenue, Hartford, CT 06106.

| Court | Docket Number | Date |
|---|---|---|
| ☐ Supreme   ☐ Appellate | | |

Name of case *(First-named plaintiff v. First-named defendant)*

This appeal/cross-appeal is withdrawn as to:

☐ all parties without costs.

☐ the following party or parties only, without costs.

This appeal/cross-appeal is withdrawn as a result of:

☐ the settlement conference program (Practice Book Section 63-10).

☐ some activity BEFORE the case was assigned to the settlement program.

☐ some activity AFTER the settlement program, not related to the settlement program.

**If a preargument conference is currently scheduled in this matter, you must immediately notify the conference judge that the matter has been withdrawn.**

The following motion, application, petition or other pleading is withdrawn.

| Title of pleading | Entry number and/or date filed |
|---|---|
| | |

Signature of counsel or self-represented party *Theodora Antar* | Name of person signing

**Certification**

I certify that a copy of the document(s) that I am filing has been delivered on _____ to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone and facsimile numbers; the document(s) have been redacted or do not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and comply with all applicable rules of appellate procedure in accordance with Practice Book Section 62-7.

Name, telephone, e-mail, and mailing address of each party and attorney that copy was or will be mailed or delivered to*

| Signed *(Signature of filer)* ▶ *Theodora Antar* | Print or type name of person signing | Date signed |
|---|---|---|

For Office Use Only Below This Line