NO. AC 46588

| | |
|---|---|
| Theodora F. Antar | APPELLATE COURT |
| v. | STATE OF CONNECTICUT |
| Matthew J. Lodice | AT HARTFORD |
| | Date: JULY 24, 2023 |

**NOTICE OF REMOVAL WITH PREJUDICE TO FEDERAL COURT**

TO THE SUPERIOR COURT OF THE STATE OF CONNECTICUT FOR THE JUDICIAL DISTRICT OF NEW HAVEN AND TO PLAINTIFF(S) THEODORA F. ANTAR, DEFENDANTS MATTHEW J. LODICE, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that PLAINTIFF THEODORA F. ANTAR has on JULY 24, 2023, filed a notice of removal with prejudice, a copy of which is attached, in the Office of the Clerk of the United States District Court for the District of Connecticut.

PLAINTIFF

THEODORA F. ANTAR, PRO SE

By: *Theodora Antar*

THEODORA F. ANTAR, PRO SE

856 SHAGBARK DRIVE

ORANGE, CT, 06477

203-273-8419

THEODORAANTAR@GMAIL.COM

# CERTIFICATE OF SERVICE

I certify that a copy of the above Notice of Removal to Federal Court was mailed or delivered electronically or nonelectronically on 7/23/2023 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served.

Parties and/or attorneys served:

Matthew John Lodice Pro, Se
48 Quarry Hill Rd, Waterbury, CT, 06706
T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Honorable Judge Jane Kupson Grossman (Respondent #1) of the New Haven Superior Court, Presiding Judge, Post-Judgment Family Matters, New Haven, CT
Nancy.Sasser@jud.ct.gov

Support Enforcement Services (Juris 104033) SES New Haven
414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)
AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services
50 Humphrey St, New Haven, CT, 06513

*Theodora Antar*
_____
THEODORA F. ANTAR, PRO SE

856 SHAGBARK DRIVE

ORANGE, CT, 06477

203-273-8419

THEODORAANTAR@GMAIL.COM

4