| | | |
|---|---|---|
| **AC46588** | : | **APPELLATE COURT** |
| **T.A.** | | |
| **PLAINTIFF/APPELLANT** | : | **STATE OF CONNECTICUT** |
| **VS.** | : | |
| **M.L.** | | |
| **DEFENDANT/APPELLEE** | : | **JULY 29, 2023** |

<u>**MOTION FOR RECONSIDERATION**</u>

<u>**TO REINSTATE APPEAL**</u>

The Plaintiff / Appellant, T. A., acting pro se hereby moves the Court to review this motion in terms of Connecticut Practice Book §66-6 to reinstate the above captioned Appeal under Case Number AC46588. In support of this Motion, Plaintiff/Appellant the undersigned represents as follows:

<u>**SPECIFIC FACTS**</u>

The Plaintiff/Appellant, T. A. as a non-trained attorney filed her Appeal against various decisions made by the Superior Court JD Courthouse at New Haven's, Hon Jane K Grossman decisions dating May, June, and July of 2023 on June 12, 2023. Plaintiff/Appellant initially filed her Appeal on June 12, 2023, and subsequently amended said appeal on July 13, 2023, which is well within the time frame.

Plaintiff/Appellant attempted to familiarize herself with the Connecticut Practice Book for the Court of Appeals. Plaintiff/Appellant's appeal was filed timely and Plaintiff/Appellant has been compliant with all preliminary appeal procedure and has been actively working

on the brief and other preliminary requirements.

The Plaintiff/Appellant complied with filing her preliminary documents in terms of P.B. § 63-4 (a): which includes the Docketing Statement in terms of § 63-4 (a) (3), Preliminary Statement of issues and the Transcript Order in terms of Practice Book § 63-8 (a).

According to the judicial e filling system, as of July 29, 2023, there are a total of 14 appeal transcript orders needed for this case that are still currently processing.

The Assistant Clerk of the Court of Appeals in accordance with the appellate court order of July 25th, 2023, ordered the dismissal of the above-captioned appeal and stated "No action necessary. Appeal withdrawn."

The Plaintiff/Appellant's intent was to remove the appeal to the Connecticut Federal District Court for the District of Connecticut. However, said attempted removal was done in error and done improperly as the District Court stated that "the law only permits a defendant to remove a case."

It should be noted that as till date the Appellee would not oppose this motion.

Filing of said removal was done improperly and the case is still going forward in the New Haven Superior Court.

## I.    Legal Grounds

In terms of Section 66-6 any action by the appellate clerk under Section 66-1(a) of the Connecticut Practice Book can be requested to be reviewed. Plaintiff/Appellant is requesting reconsideration and granting reinstatement of this motion in order for Appellant to continue pursuing her appeal.

The error in part of the Plaintiff in withdrawing the case in error should not trump what is in the best interest of his children.  Conn. Gen. Stat. § 46b-56(b) ("[i]n making or modifying

any order as provided in subsection (a) of this section, the rights and responsibilities of both parents shall be considered, and the court shall enter orders accordingly that serve the best interests of the child and provide the child with the active and consistent involvement of both parents commensurate with their abilities and interests. . .")

The Plaintiff-Appellant intends to continue with this appellate matter and would like it returned to the docket effective immediately, due to her error.

Furthermore, the Plaintiff-Appellant did not receive the consent of the Appellee to withdraw this case. The Plaintiff-Appellant now respectfully asks that the court reinstates this appeal effective immediately and allow for it to continue to move forward.

July 29, 2023, Respectfully submitted,

/s/ Theodora F. Antar

*Plaintiff-Appellant, Pro Se*

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com

(203)273-8419

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on July 29, 2023, I served a copy of the foregoing Motion to vacate to all counsel and parties on record as listed below:

Matthew John Lodice Pro, Se (Defendant in underlying action/Respondent #2)

48 Quarry Hill Rd, Waterbury, CT, 06706

T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Support Enforcement Services (Juris 104033) SES New Haven

414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)

AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services

50 Humphrey St, New Haven, CT, 06513

July 29, 2023 Respectfully submitted,

_____ /s/ Theodora F. Antar

*Plaintiff-Appellant, Pro Se*

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com

(203)273-8419

It is also certified that this document has been redacted or does not contain any  names

or other personal identifying information that is prohibited from disclosure by rule, statute,

court order, or case law. It is also certified that this document complies with all applicable

rules of appellate procedure.

July 29, 2023, Respectfully submitted,

/s/ Theodora F. Antar

*Plaintiff-Appellant, Pro Se*

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com

(203)273-8419