UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THEODORA F. ANTAR ) | | Civil Action No. 3:23-cv-00983-JAM |
| PLAINTIFF ) | | |
| v ) | | |
| ) | | |
| MATTHEW J. LODICE ) | | |
| DEFENDANT ) | | August 6, 2023 |
| _____ ) | | |

**NOTICE OF PENDING MOTIONS**

    The Plaintiff in the above captioned matter hereby files this notice of pending motions to inform the Court that the following pending motions within the appellate state court matter AC46588 of which is the subject of this removal require action by a Judge of this Court:

1. Motion to Vacate Trial court Orders
2. Writ of Mandamus
3. Motion for Order to Release
4. Writ of Mandamus

    Respectfully submitted,

    is/ Theodora Antar

    *Plaintiff, Pro Se*

    856 Shagbark Drive, Orange, CT, 06477

    theodoraantar@gmail.com  (203)273-8419

1

## **CERTIFICATION**

I hereby certify that on August 6, 2023, a copy of the foregoing was filed electronically.

Sent Electronically to:

    Matthew Lodice

    48 Quarry Hill Rd, Waterbury, CT, 06706

    matthewlodice@gmail.com

    Government entity:

    Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)

    AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

    Government entity:

    Office of Child Support Services A (104016)

    Dept of Social Services 50 Humphrey St, New Haven, CT, 06513

    Government entity:

    Support Enforcement Services (Juris 104033)

    SES New Haven 414-A Chapel street, 2nd floor, New Haven, CT, 06511

Respectfully submitted,

is/ Theodora Antar

*Plaintiff, Pro Se*

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com   (203)273-8419

2