_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THEODORA F. ANTAR | ) | Civil Action No. 3:23-cv-00983-JAM |
|     PLAINTIFF | ) | |
| v | ) | |
| | ) | |
| MATTHEW J. LODICE | ) | |
|     DEFENDANT | ) | August 6, 2023 |
| _____ | ) | |

_____

## **DISCLOSURE STATEMENT**

    The Plaintiff in the above captioned matter hereby files this statement in accordance with the Federal Rules of Civil Procedure and 28 U.S.C. §1441 stating that Plaintiff is an individual and not a corporate entity.

    The defendant Matthew J. Lodice first received a copy of the summons and complaint in the state court action AC 46588 that is the subject of this removal on 6/12/2023 when the plaintiff first sent him via certified mail the copy of the appellate state court matter.

    Although the removal has taken place more than thirty (30) days after the defendant first received a copy of the summons and complaint, this removal had to take place at this time due to the extraordinary circumstances in which the plaintiff's federal and constitutional rights have been violated by the state courts within the State of Connecticut.

    The Plaintiff is able to show that she has no other adequate remedy at law and that she has exhausted all of her administrative remedies to try to ameliorate the civil rights violations and due process and equal protection violations that she has been subjected to and that the intense level of retaliation by state actors has caused irreparable harm to both Plaintiff and Plaintiff's minor children. The Plaintiff has been denied all basic fundamental, constitutional,

and federal rights as well as state rights and such rights as applicable to her minor children. The Plaintiff is invoking federal subject matter jurisdiction within this concurrent jurisdictional matter.

Parties to the underlying state court action:

Plaintiff: Theodora Antar

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com

(203)273-8419

Defendant: Matthew Lodice

48 Quarry Hill Rd, Waterbury, CT, 06706

Government entity:

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)

AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Government entity:

Office of Child Support Services A (104016)

Dept of Social Services 50 Humphrey St, New Haven, CT, 06513

Government entity:

Support Enforcement Services (Juris 104033)

SES New Haven 414-A Chapel street, 2nd floor, New Haven, CT, 06511

Respectfully submitted,

is/ Theodora Antar, *Plaintiff, Pro Se*

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com  (203)273-8419

## **CERTIFICATION**

I hereby certify that on August 6, 2023, a copy of the foregoing was filed electronically.

Sent Electronically to:

    Matthew Lodice

    48 Quarry Hill Rd, Waterbury, CT, 06706

    matthewlodice@gmail.com

    Government entity:

    Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)

    AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

    Government entity:

    Office of Child Support Services A (104016)

    Dept of Social Services 50 Humphrey St, New Haven, CT, 06513

    Government entity:

    Support Enforcement Services (Juris 104033)

    SES New Haven 414-A Chapel street, 2nd floor, New Haven, CT, 06511

Respectfully submitted,

is/ Theodora Antar

*Plaintiff, Pro Se*

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com  (203)273-8419

3